1) I, Kandace Kay Edwards, am a 29-year old woman.

2) I was arrested on May 17, 2017 by the police department for a felony offense.

3) When I got to the jail, I was told that I had to pay a $7500 bond on my offense or else I would be kept in jail until I paid the $7500 bond.

4) I have two children, ages 1 and 2. I am also seven and a half months pregnant and my pregnancy is high-risk.

5) I am concerned about my health because I am currently sleeping on a mat on the floor in the jail.

6) I am indigent. I have no assets. I recently lost my job because of my high-risk pregnancy. I was evicted from my home in December 2016. I have been homeless since my eviction. I have been staying between friends' homes and many of those homes do not have power and water.

7) My only source of income is food stamps. I depend on Medicaid to support me through my pregnancy.

8) I suffer from serious mental illnesses.

9) I cannot afford to buy my release from jail. I was told by a corrections officer that I have a court date on June 6, 2017 and I was told I will stay in jail unless I come up with the money. I have not been brought to court since my arrest.

I declare under penalty of perjury that the foregoing is true and correct

*Kandace Edwards*
Kandace Edwards
5-17-17

## CERTIFICATE OF SERVICE

I hereby certify that arrangements have been made to, on this date, deliver a true and correct copy of the foregoing by hand delivery to the following at the below addresses:

David Cofield, Sheriff
Randolph County Sheriffs' Office
1 N Main Street
Wedowee, AL 36278

Hon. Jill Puckett, Magistrate
Randolph County District Court
1 N Main Street
Wedowee, AL 36278

Christopher May, Circuit Clerk
Randolph County Circuit Court
1 N Main Street
Wedowee, AL 36278

Hon. Clay Tinney, Judge
Randolph County District Court
1 N Main Street
Wedowee, AL 36278

Formal proof of service will be filed with the Court when completed.

I further certify that arrangements have been made to, on this date, deliver a true and correct courtesy copy of the foregoing by hand delivery and by electronic mail to the following:

James W. "Jim" Davis, Section Chief
Constitutional Defense Section
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36104
E: jimdavis@ago.state.al.us

Jamie H. Kidd
J. Randall McNeill
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, AL 36124
E: jkidd@webbeley.com
E: rmcneill@webbeley.com

John Alvin Tinney
Randolph County Attorney
P.O. Box 1430
Roanoke, AL 36274-9121
E: johntinneyattorney@gmail.com

on this May 18, 2017.

_____
Samuel Brooke