**TABLE OF EXHIBITS**
TO DECLARATION OF MICAH WEST

| Ex. | Document | Web Location |
|---|---|---|
| A | Randolph County Bail Schedule | N/A |
| B | Sample Bail Orders | N/A |
| C | New Jersey Administrative Office of the Courts, *First Quarter Statistics Show Criminal Justice Reform Meeting Initial Goals* (May 4, 2017) | http://www.judiciary.state.nj.us/pressrel/2017/pr050417c.pdf |
| D | Jail Logs | N/A |
| E | *Martinez v. City of Dodge City*, 15-CV-9344-DDC-TJJ (D. Kan. Apr. 26, 2016) | N/A |
| F | Statement of Interest of the United States ("U.S. SOI"), *Varden v. City of Clanton*, No. 2:15-cv-00034, ECF 26 (M.D. Al. Feb. 13, 2015) | N/A |
| G | Br. for the United States as Amicus Curiae in Support of Pl.-Appellee, *Walker v. City of Calhoun*, No. 16-10521-HH (11th Cir. Aug. 18, 2016) | N/A |
| H | ABA Standards for Crim. Just.: Pretrial Release | https://goo.gl/ipWB5b |
| I | Christopher T. Lowenkamp et al., Laura and John Arnold Foundation, *Investigating the Impact of Pretrial Detention on Sentencing Outcomes* (November 2013) | http://www.arnoldfoundation.org/wp-content/uploads/2014/02/LJAF_Report_state-sentencing_FNL.pdf |
| J | Megan Stevenson, *Distortion of Justice: How the Inability to Pay Bail Affects Case Outcomes* (Jan. 8, 2017) | https://goo.gl/riaoKD |
| K | Arpit Gupta et al., *The Heavy Costs of High Bail: Evidence from Judge Randomization* (Aug. 18, 2016) | https://goo.gl/OW5OzL |
| L | Timothy R. Schnacke, Dep't of Just. Nat'l. Inst. of Corrs., *Fundamentals of Bail: A Resource Guide for Pretrial Practitioners and a Framework for American Pretrial Reform* (Sept. 2014) | https://goo.gl/jr7sMg |
| M | Michael R. Jones, Pretrial Justice Institute, *Unsecured Bonds: The As Effective and Most Efficient Pretrial Release Option* (Oct. 2013) | https://goo.gl/UENBKJ |
| N | Kevin Litten, *New Orleans City Council votes to end jailing of indigent offenders on minor crimes*, The Times-Picayune (Jan. 12, 2017) | https://goo.gl/gKnJMk |
| O | Mark Heyerly, *Pretrial Reform in Kentucky* (Jan. 2013) | https://www.pretrial.org/download/infostop/Pretrial%20Reform%20in%20Kentucky%20Implementation%20Guide%202013.pdf |
| P | Christopher T. Lowenkamp et al., Laura and John Arnold Foundation, *The Hidden Costs of Pretrial Detention* (2013) | http://www.arnoldfoundation.org/wp- |

|    |                                                                                                                                                              |                                                                                                                                                                                                                 |
|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                                                                                                                                                              | content/uploads/2014/02/LJAF_Report_hidden-costs_FNL.pdf                                                                                                                                                        |
| Q  | Paul Heaton et al., *The Downstream Consequences of Misdemeanor Pretrial Detention*, 69 Stan. L. Rev. 711 (2017)                                             | https://goo.gl/Waj3ty                                                                                                                                                                                           |
| R  | *SPLC prompts 50 Alabama cities to reform discriminatory bail practices*, Southern Poverty Law Center (Dec. 6, 2016)                                         | https://goo.gl/9iVqRq                                                                                                                                                                                           |
| S  | Amy Julia Harris, *Alabama cities agree to stop jailing people too poor to post bond*, Reveal (Dec. 8, 2016)                                                 | https://goo.gl/1r19Ce                                                                                                                                                                                           |
| T  | Kent Faulk, *Jefferson County bail reforms aimed at keeping poor out of jail*, Al.com (May 10, 2016)                                                         | https://goo.gl/l1xLLu                                                                                                                                                                                           |
| U  | Pretrial Services Agency for the District of Columbia, *Release Rates for Pretrial Defendants within Washington, DC*                                         | https://goo.gl/VSDeDk                                                                                                                                                                                           |
| V  | Pretrial Services Agency for the District of Columbia, *Outcomes for Last Four Years*                                                                        | https://www.psa.gov/?q=node/558                                                                                                                                                                                 |
| W  | Pretrial Justice Institute, *The D.C. Pretrial Services Agency: Lessons from Five Decades of Innovation and Growth*, 2 Case Studies 1 (2009)                 | https://goo.gl/6wgPM8                                                                                                                                                                                           |
| X  | Thomas H. Cohen, U.S. Department of Justice Bureau of Justice Statistics, *Pretrial Release and Misconduct in Federal District Courts, 2008-2010* (Nov. 2012) | https://www.bjs.gov/content/pub/pdf/prmfdc0810.pdf                                                                                                                                                              |
| Y  | Affidavit of Substantial Hardship and Order, State of Alabama Unified Judicial System Forms C-10(A-B)                                                        | https://goo.gl/TmyYx4                                                                                                                                                                                           |
| Z  | Foley Municipal Court Standing Order Regarding Bail (Dec. 27, 2016)                                                                                          | N/A                                                                                                                                                                                                             |
| AA | Int'l Ass'n of Chiefs of Police, *Resolution: Pretrial Release and Detention Process* (Oct. 21, 2014)                                                        | https://goo.gl/a5JUpe                                                                                                                                                                                           |
| BB | Pretrial Justice Institute, *Pretrial Justice: How Much Does It Cost?*                                                                                       | https://goo.gl/0lLtLM                                                                                                                                                                                           |
| CC | United States Court, *Supervision Costs Significantly Less than Incarceration in Federal System* (July 18, 2013)                                             | https://goo.gl/dJpDrn                                                                                                                                                                                           |
| DD | Peter Wagner & Bernadette Rabuy, Prison Policy Initiative, *Following the Money of Mass Incarceration* (Jan. 25, 2017)                                       | https://goo.gl/WBi553                                                                                                                                                                                           |
| EE | Ram Subramanian et al., Vera Institute of Justice, *Incarceration's Front Door: The Misuse of Jail in America* (Feb. 2015) (updated July 29, 2015)           | https://storage.googleapis.com/vera-web-assets/downloads/Publications/incarcerations-front-door-the-misuse-of-jails-in-america/legacy_downloads/incarcerations-front-door-report_02.pdf |
| FF | Vanessa Sorrell Burnside, *County seeks sales tax for new jail*, TheRandolphLeader.com (Feb. 10, 2016)                                                       | https://goo.gl/40DNvn                                                                                                                                                                                           |
| GG | Br. for American Bar Association as Amicus Curiae in Support of Appellees and Affirmance, *Walker v. City of Calhoun*, No.                                   | https://goo.gl/G6Sqpw                                                                                                                                                                                           |

| | | |
|---|---|---|
| | 16-10521-HH (11th Cir. Aug. 18, 2016) | |
| HH | Nat. Sherifffs' Assoc. Res. 2012-6, *National Sheriffs' Association Supports & Recognizes the Contribution of Pretrial Services Agencies to Enhance Public Safety* (June 18, 2012) | https://goo.gl/PAA1xq |
| II | Vanita Gupta, U.S. Dep't of Justice, *Head of the Civil Rights Division Vanita Gupta Delivers Remarks at the Symposium on the Criminalization of Poverty at University of Michigan Law School* (Feb. 19, 2016) | https://goo.gl/slF2m2 |
| JJ | Letter from Brian E. Frosh, Maryland Attorney General, to the Honorable Alan M. Wilner, Chair, Standing Committee on Rules of Practice and Procedure (Oct. 25, 2016) | https://goo.gl/yXzN1N |
| KK | Answer to Pls.' Third Am. Compl. by Sheriff Vicki Hennessy, *Buffin v. Hennessey*, C15-4959-YGR, Doc. 101 (Nov. 1, 2016) | N/A |
| LL | Caleb Foote, *The Coming Constitutional Crisis in Bail: I\**, 113 U. Pa. L. Rev. 959 (May 1965) | https://goo.gl/6o7Yeb |
| MM | Hon. Arthur J. Goldberg, *Forward* to Ronald Goldfarb, *Ransom: A Critique of the American Bail System* (1965) | N/A |
| NN | President Lyndon B. Johnson, Remarks at the Signing of the Bail Reform Act of 1966 (June 22, 1966), The American Presidency Project | https://goo.gl/g939CD |
| OO | Christian Henrichson et al., Vera Inst. of Just., *The Price of Jails: Measuring the Taxpayer Cost of Local Incarceration* (May 2015) | https://goo.gl/WofwLD |
| PP | Arnold Foundation, *Pretrial Criminal Justice Research Summary* (Nov. 2013) | https://goo.gl/Fcn5N0 |
| QQ | Nick Pinto, *The Bail Trap*, N.Y. Times, Aug. 13, 2015 | https://nyti.ms/2k7367s |
| RR | U.S. Census Bureau, *Randolph County, Alabama: Poverty Status in the Past 12 Months: 2011-2015 Am. Comm. Survey 5-Year Estimates* | N/A |
| SS | Complaint, *State v. Edwards*, No. DC17-426 (Randolph Cty. District Ct. May 17, 2017) | N/A |