**EXHIBIT A**

**To Declaration of Micah West in Support of
Motion for Preliminary Injunction
& Motion for Class Certification**

# Circuit Clerk of Randolph County
## CHRIS MAY, CIRCUIT CLERK



# BOND SCHEDULE

| | |
|---|---|
| Domestic Violence 1st- Class A Felony | $30,000.00 |
| Domestic Violence 2nd – Class B Felony | $20,000.00 |
| Domestic Violence 3rd- Class A Misdemeanor | $5,000.00 |
| Domestic Violence Strangulation- Class B Felony | $20,000.00 |
| | |
| Violation of a Protection Order | $5000.00 |
| | |
| Harassment- Class C Misdemeanor | $1,000.00 |
| Harassing Communications- Class C Misdemeanor | $1,000.00 |
| | |
| Assault 1st- Class B Felony | $25,000.00 |
| Assault 2nd – Class C Felony | $15,000.00 |
| Assault 3rd- Class A Misdemeanor | $5,000.00 |
| | |
| Menacing- Class B Misdemeanor | $3000.00 |
| Reckless Endangerment- Class A Misdemeanor | $5000.00 |
| | |
| Obstruction of a Govt. Operation-Class A Misd. | $5000.00 |
| Disorderly Conduct-Class C Misdemeanor | $1000.00 |
| Public Intoxication- Violation | $500.00 |
| NWNI | $500.00 |
| DUI- Class A Misdemeanor | $2500.00 |
| Giving False Name to LE-Class A Misd. | $2500.00 |
| Minor in Possession of Alcohol | $500.00 |
| | |
| Attempting to Elude-Misdemeanor | $2500.00 |
| Attempting to Elude-Felony | $10,000.00 |
| Resisting Arrest- Class B Misdemeanor | $2500.00 |

P. O. Box 328 • Wedowee, Alabama 36278 • (256) 357-4551

Revised February 18, 2016

| Offense | Amount |
|---|---|
| Poss of Marihuana 1st-Other Personal Use Class C Fel | $10,000.00 |
| Poss of Marihuana 1st – Prior Conviction Class D Fel | $5000.00 |
| Possession of Marihuana 2nd- Class A Misdemeanor | $2500.00 |
| Possession of Drug Paraphernalia-Class A Misd. | $2500.00 |
| Possession of Drug Paraphernalia-Class C Felony | $5000.00 |
| Possession of a Controlled Substance-Class D Felony | $10,000.00 |
| | |
| Manufacturing of a Controlled Sub 1st- Class A Fel | $50,000.00 |
| Manufacturing of a Controlled Sub 2nd-Class B Fel | $30,000.00 |
| Trafficking of a Controlled Substance | $50,000.00 |
| Unlawful Distribution of a Controlled Sub-Class B Fel | $30,000.00 |
| | |
| Possession of Precursor Chemicals | $10,000.00 |
| Illegal Purchase of Pseudoephedrine-Class A Misd | $5000.00 |
| Illegal Purchase of Pseudoephedrine-Class C Felony | $10,000.00 |
| | |
| Chemical Endangerment of a Child | $10,000.00 |
| | |
| Possession of Brass Knuckles | $500.00 |
| Carrying a Pistol w/o a Permit | $500.00 |
| Certain Persons Forbidden to Carry a Firearm | $5000.00 |
| Shooting into an Occupied/Unoccupied Vehicle or Dwelling | $25,000.00 |
| | |
| Criminal Trespass 1st-Class A Misdemeanor | $2500.00 |
| Criminal Trespass 2nd-Class C Misdemeanor | $1,000.00 |
| Criminal Trespass 3rd-Violation | $500.00 |
| | |
| Criminal Mischief 1st-Class C Felony | $7500.00 |
| Criminal Mischief 2nd-Class A Misdemeanor | $5000.00 |
| Criminal Mischief 3rd – Class B Misdemeanor | $2500.00 |
| | |
| Burglary 1st –Class A Felony | $50,000.00 |
| Burglary 2nd-Class B Felony | $30,000.00 |
| Burglary 3rd- Class C Felony | $15,000.00 |
| Break/Enter Motor Vehicle-Class C Felony | $15,000.00 |
| Possession of Burglar Tools-Class C Felony | $5000.00 |
| | |
| Theft 1st- Class B Felony | $10,000.00 |
| Theft 2nd- Class C Felony | $75000.00 |
| Theft 3rd –Class D Felony | $5000.00 |
| Theft 4th- Class A Misd. | $2500.00 |

| Charge | Bond |
|---|---|
| Unauthorized Use of a Motor Vehicle-Class A Misd. Revised February 18, 2016 | $5000.00 |
| RSP 1st- Class B Felony | $10,000.00 |
| RSP 2nd-Class C Felony | $7500.00 |
| RSP 3rd-Class D Felony | $5000.00 |
| RSP 4th-Class A Misd. | $2500.00 |
| FORG 1st-Class B Felony | $10,000.00 |
| FORG 2nd-Class C Felony | $7500.00 |
| FORG 3rd- Class D Felony | $5000.00 |
| FORG 4th-Class A Misd | $2500.00 |
| PFI 1st -Class B Felony | $10,000.00 |
| PFI 2nd-Class C Felony | $7500.00 |
| PFI 3rd- Class D Felony | $5000.00 |
| PFI 4th-Class A Misd | $2500.00 |
| Fraudulent Use of a Credit/Debit Card-Class D Felony | $5000.00 |
| Rape 1st- Class A Felony | $60,000.00 |
| Rape 2nd- Class B Felony | $30,000.00 |
| Sodomy 1st-Class A Felony | $60,000.00 |
| Sodomy 2nd-Class B Felony | $30,000.00 |
| Sexual Abuse 1st –Class C Felony | $15,000.00 |
| Sexual Abuse 2nd- Class A Misdemeanor | $6,000.00 |
| Sexual Abuse of Child less than 12- Class B Felony | $30,000.00 |
| Enticing a Child for Immoral Purpose- Class C Felony | $15,000.00 |
| Soliciting Child by Computer-Class B Felony | $30,000.00 |
| Transmitting Obscene Material to a Child by Computer Class B Felony | $30,000.00 |
| Violation of Sex Offender Registration-Class C Felony | $15,000.00 |
| Arson 1st –Class A Felony | $60,000.00 |
| Arson 2nd- Class B Felony | $30,000.00 |
| Arson 3rd- Class A Misdemeanor | $6,000.00 |
| Robbery 1st-Class A Felony | $60,000.00 |
| Robbery 2nd-Class B Felony | $30,000.00 |
| Robbery 3rd-Class C Felony | $15,000.00 |

| | |
|---|---|
| Escape 1st-Class B Felony | $30,000.00 |
| Escape 2nd-Class C Felony | $15,000.00 |
| Escape 3rd –Class C Felony | $15,000.00 |
| | |
| Promoting Prison Cont. 1st-Class C Felony | $5000.00 |
| Promoting Prison Cont. 2nd –Class C Felony | $5000.00 |
| Promoting Prison Cont. 3rd – Class B Misdemeanor | $1000.00 |
| | |
| Conservation Offenses | $1000.00 |

Above is a list of charges and Bond Amounts set per the Bail Schedule in the Alabama Rules of Criminal Procedure. While this list does not contain every offense contained within the Code of Alabama, it does reflect some of the more commonly used offenses. All the bonds listed, with the exception of NWNI, should be posted as a Secure Bond (Bonding Company, Property Bond, or Cash). The bond for NWNI can be posted as a Recognizance Bond/Signature Bond. Any changes made in the bond schedule must be approved by the Judge or Circuit Clerk/Magistrate as per the Rules of Criminal Procedure. However, every incident is different and may need a higher/lower bond or an unsecured bond may need to be posted, which can be addressed on a case by case basis.

Uniform Traffic Citations issued for offenses other than, DUI, BUI, or Reckless Driving, and the defendant is committed to jail, the defendant should be allowed to sign the UTC to secure their appearance in court, rather than posting a bond for those minor traffic offenses.

If there are any questions in reference to the above listed bond schedule you may contact Chris May by cell phone at 256-610-5321 or at home 334-863-5977. If he is unavailable you can contact Judge Tinney.

Revised February 18, 2016