**EXHIBIT B**

**To Declaration of Micah West in Support of
Motion for Preliminary Injunction
& Motion for Class Certification**

| State of Alabama Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80    Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-275 |

IN THE _____ **DISTRICT** _____ **COURT OF** _____ RANDOLPH COUNTY _____, **ALABAMA**
*(Circuit, District or Municipal)*     *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ ROBERT KERGIE FERRELL

**Defendant**

The above-named defendant, charged with the criminal offenses of _____ Dom Vio 3rd-Menacing
was duly brought before the Court for initial appearance on _____ March 29, 2017 _____, at _2:30_ o'clock _P_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:
_____
_____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be used against him/her.

☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
        ☐ 3.) Other conditions (specify) _____
_____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____.m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☑ 8. Other: _Set for Status Day on Wednesday, April 5, 2017 at 9:00 a.m. at the Randolph County Courthouse._
_____

March 29, 2017 _____
Date            Judge/Magistrate

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE (Misdemeanor or Municipal Ordinance Violation) | Case Number |
|---|---|---|
| Form C-82        Rev.11/92 | | DC 17-275 |

IN THE ___**DISTRICT**___ COURT OF ___**RANDOLPH COUNTY**___, **ALABAMA**
        *(Circuit, District or Municipal)*              *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___**ROBERT KERGIE FERRELL**___

                                                                            **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Dom Vio 3rd-Menacing(ClassA

_____ in this court in violation of

_____ 13A-006-132 _____. The primary purpose of this hearing

is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.

2) Refrain from committing any criminal offense.

3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.

4) Promptly notify the court of any change of address or the phone number.

5) Other conditions: _____

_____

_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 29, 2017
_____                    _____
Date                                        Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 29, 2017
_____                    _____
Date                                        Defendant

| State of Alabama Unified Judicial System | **ORDER** | Case Number |
|---|---|---|
| Form C-80 ....... Rev.8/2000 .. | **ON INITIAL APPEARANCE** | DC 2017 298 |

IN THE _____ District _____ COURT OF _____ Randolph _____ , ALABAMA
        (Circuit, District or Municipal)                    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____  v. _Katie Bartelt_
                                                          Defendant

The above-named defendant, charged with the criminal offenses) of _Poss. Contr. Sub._
was duly brought before the Court for initial appearance on _____ March 31, 2017 _____ , at _10:30_ o'clock _A_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

(CHECK AS APPLICABLE)

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☑ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
    defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
        ☐ 3.) Other conditions (specify) _____

    _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
    an _____ (date) at _____ o'clock _____ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

_____

March 31, 2017
Date _____    Judge/Magistrate

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 2017- 298 |

IN THE _____ District _____ COURT OF _____ Randolph _____ ,ALABAMA
　　　　　　　(Circuit, District or Municipal)　　　　　　(Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____　　　　　　v.　　Hatie Bartlett
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _Poss. Contr. Sub._ in this court in violation of ___13A - 12 - 212___. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions:_____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017
Date　　　　　　　　　　　　　　　　　Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017
Date　　　　　　　　　　　　　　　　　Defendant

| State of Alabama Unified Judicial System | **ORDER** | Case Number |
|---|---|---|
| Form C-80   Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 2017-299 |

IN THE _____ District _____ COURT OF _____ Randolph _____, ALABAMA
    (Circuit, District or Municipal)        (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____Katie Bartell_____
                                              Defendant

The above-named defendant, charged with the criminal offenses of _____Poss. Drug Para_____
was duly brought before the Court for initial appearance on _____March 31, 2017_____ at _10:30_ o'clock _A_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:
    _____
    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
        ☐ 3.) Other conditions (specify) _____
    _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at_____ o'clock____.m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

_____March 31, 2017_____                      _____
Date                            Judge/Magistrate

| State of Alabama Unified Judicial System | **ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE** | Case Number |
| Form C-82    Rev.11/92 | (Misdemeanor or Municipal Ordinance Violation) | DC 2017-299 |

IN THE _____ District _____ COURT OF _____ Randolph _____ , **ALABAMA**
        *(Circuit, District or Municipal)*                    *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____          v.    *Katie Bartelt*
                                                    Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of *Poss. Drug Para*

$13A - 12 - 260$ (c) _____ in this court in violation of _____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination
made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge
or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on
a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the
charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible
person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions
concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time
and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you
qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for
the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided
in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the
case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above
conditions, a warrant for your arrest will be issued.

March 31, 2017 _____                          _____
Date                                         Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures,
rights, and information given to me at the initial court appearance. I understand the conditions of my release and
the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to
appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017 _____                          _____
Date                                         Defendant

ELECTRONICALLY FILED
4/3/2017 1:24 PM
56-DC-2017-000276.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-80      Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-276 |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF _____ **RANDOLPH COUNTY** _____, **ALABAMA**
_(Circuit, District or Municipal)_ _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ **JAMES LEONARD WATTS JR.**

**Defendant**

The above-named defendant, charged with the criminal offenses of _____ Poss Marijuana 1st
was duly brought before the Court for initial appearance on _____ March 31, 2017 _____, at _____ *9 : 30* o'clock *A*.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.

☐ (a) Ascertained the true name and address of the defendant to be:

_____

☐ (b) Amended the formal charges to reflect defendant's true name.
☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail

☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:

☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
☐ 2.) Execution of a secured appearance bond in the amount of $_____.
☐ 3.) Other conditions (specify) _____.

_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____.m.

☐ (a) Notified the District Court that such demand was made.
☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

March 31, 2017
_____
Date                                    Judge/Magistrate

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-276 |

IN THE _____**DISTRICT**_____ COURT OF _____**RANDOLPH COUNTY**_____ ,**ALABAMA**
(Circuit, District or Municipal)                 (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___ **JAMES LEONARD WATTS JR.**

**Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Poss Marijuana 1st (Class D)
_____ in this court in violation of
_____13A-012-213(A)(2)_____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon repeal of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017
Date                                                 Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017
Date                                                 Defendant

| State of Alabama Unified Judicial System | **ORDER** | Case Number |
|---|---|---|
| Form C-80 —— Rev.8/2000— | **ON INITIAL APPEARANCE** | DC 17-277 |

IN THE ___**DISTRICT**___ COURT OF ___**RANDOLPH COUNTY**___, **ALABAMA**
　　　　　(Circuit, District or Municipal)　　　　　　(Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___**JAMES LEONARD WATTS JR,**___
　　　　　　　　　　　　　　　　　　　　　　　　　Defendant

The above-named defendant, charged with the criminal offenses of ____ **Poss Drug Paraph** ____,
was duly brought before the Court for initial appearance on ____ March 31, 2017 ____, at ** 9:30 ** o'clock **A** .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
　　　☐ (a) Ascertained the true name and address of the defendant to be:
　　　_____

　　　☐ (b) Amended the formal charges to reflect defendant's true name.
　　　☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
　　　☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
　　　☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
　　　　　☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
　　　　　☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
　　　　　☐ 3.) Other conditions (specify) _____
　　　_____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock ____ .m.
　　　☐ (a) Notified the District Court that such demand was made.
　　　☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

March 31, 2017
Date _____　　　Judge/Magistrate _____

| State of Alabama<br>Unified Judicial System | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number |
|---|---|---|
| Form C-82      Rev.11/92 | | DC 17-277 |

IN THE ___DISTRICT___ COURT OF ___RANDOLPH COUNTY___ ,ALABAMA
　　　　(Circuit, District or Municipal)　　　　　　　(Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___JAMES LEONARD WATTS JR.___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of Poss Drug Paraph (Class A) _____ in this court in violation of ___13A-012-260(C)___ . The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether ball should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017
Date　　　　　　　　　　　　　　　　　　Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

March 31, 2017
Date　　　　　　　　　　　　　　　　　　Defendant

ELECTRONICALLY FILED
4/3/2017 1:22 PM
56-DC-2017-000282.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-80 ..... Rev.8/2000. | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-282-286 |
|---|---|---|

IN THE _____ **DISTRICT** _____ **COURT OF** ___ **RANDOLPH COUNTY** ___, **ALABAMA**
     (Circuit, District or Municipal)                      (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___ **DANNY LEE CATER**
                                                                **Defendant**

The above-named defendant, charged with the criminal offenses of ____ [4] Burglary 3rd and TOP 2nd
was duly brought before the Court for initial appearance on ____ March 31, 2017 ____, at __ 9:30 __ o'clock A .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.
☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
        ☐ 3.) Other conditions (specify) _____.

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock ____ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

March 31, 2017
Date _____ Judge/Magistrate _____

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81         11/91 | (Felony) | DC 17-282-286 |

| IN THE | DISTRICT | COURT OF | RANDOLPH COUNTY | , ALABAMA |
|---|---|---|---|---|
| | *(Circuit, District or Municipal)* | | *(Name of County or Municipality)* | |

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____     v. _____ DANNY LEE CATER

Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of [4] Burglary 3rd (Class C) and TOP 2nd (Class C) _____ in this court in violation of _____ 13A-007-007(A)(1) and 13A-008-004 _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017
Date                                                                 Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017
Date                                                                 Defendant

ELECTRONICALLY FILED
4/3/2017 1:22 PM
56-DC-2017-000283.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-80　Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-282-286 |
|---|---|---|

IN THE _____ **DISTRICT** _____ **COURT OF** _____ RANDOLPH COUNTY _____ , **ALABAMA**
_____(Circuit, District or Municipal)_____   _____(Name of County or Municipality)_____

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ **DANNY LEE CATER**
_____ **Defendant**

The above-named defendant, charged with the criminal offenses of _____ [4] Burglary 3rd and TOP 2nd
was duly brought before the Court for initial appearance on _____ March 31, 2017 _____, at _____ 9:30 _____ o'clock A .m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
　　　☐ (a) Ascertained the true name and address of the defendant to be:
　　　_____

　　　☐ (b) Amended the formal charges to reflect defendant's true name.
　　　☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
　　　☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
　　　☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
　　　　　☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
　　　　　☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
　　　　　☐ 3.) Other conditions (specify) _____
　　　　　_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____ .m.
　　　☐ (a) Notified the District Court that such demand was made.
　　　☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

March 31, 2017 _____
Date _____ Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17-282-286 |

IN THE ___**DISTRICT**___ COURT OF ___**RANDOLPH COUNTY**___, **ALABAMA**
_(Circuit, District or Municipal)_ _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____    v. ___**DANNY LEE CATER**___
Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of [4] Burglary 3rd (Class C) and TOP 2nd (Class C) _____ in this court in violation of ___13A-007-007(A)(1) and 13A-008-004___. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

___March 31, 2017___
Date                                    Judge/Magistrate

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release._

___March 31, 2017___
Date                                    Defendant

ELECTRONICALLY FILED
4/3/2017 1:22 PM
56-DC-2017-000284.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-282-286 |
|---|---|---|

IN THE ___**DISTRICT**___ COURT OF ___**RANDOLPH COUNTY**___, **ALABAMA**
(Circuit, District or Municipal)          (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ **DANNY LEE CATER**

Defendant

The above-named defendant, charged with the criminal offenses of _____ [4] Burglary 3rd and TOP 2nd
was duly brought before the Court for initial appearance on _____ March 31, 2017 _____, at _**9:30**_ o'clock _**A**_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
      ☐ (a) Ascertained the true name and address of the defendant to be:

      ☐ (b) Amended the formal charges to reflect defendant's true name.
      ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
      the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
      opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
      obtain counsel, an attorney would be appointed by the Court to represent him/her.
      Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
      defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
      indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
      against him/her.
☐ 5. Bail
      ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
            capital offense.
      ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
            the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
            conditions:
            ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
            ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
            ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
      Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
      named defendant, set a preliminary hearing to be held in the District Court of _____,
      an _____ (date) at _____ o'clock _____ .m.
      ☐ (a) Notified the District Court that such demand was made.
      ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

March 31, 2017                              _____
Date                                       Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17-282-286 |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF _____ RANDOLPH COUNTY _____ ,ALABAMA
_____(Circuit, District or Municipal)_____                _____(Name of County or Municipality)_____

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____                    v. _____ DANNY LEE CATER
                                                                                        Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of [4] Burglary 3rd (Class C)
and TOP 2nd (Class C) _____ in this court in violation of
_____ 13A-007-007(A)(1) and 13A-008-004 _____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.
March 31, 2017
Date                                                    Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017
Date                                                    Defendant

ELECTRONICALLY FILED
4/3/2017 1:22 PM
56-DC-2017-000285.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

| State of Alabama<br>Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80      Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-282-286 |

| IN THE | DISTRICT | COURT OF | RANDOLPH COUNTY | , ALABAMA |
|---|---|---|---|---|
| | *(Circuit, District or Municipal)* | | *(Name of County or Municipality)* | |

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ____ **DANNY LEE CATER**

**Defendant**

The above-named defendant, charged with the criminal offenses of _____ [4] Burglary 3rd and TOP 2nd
was duly brought before the Court for initial appearance on ____March 31, 2017____ , at ___9:30___ o'clock _A_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.

☐ (a) Ascertained the true name and address of the defendant to be:

_____

☐ (b) Amended the formal charges to reflect defendant's true name.
☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail

☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:

☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
☐ 2.) Execution of a secured appearance bond in the amount of $_____.
☐ 3.) Other conditions (specify) _____

_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
an_____ (date) at_____ o'clock____ .m.
☐ (a) Notified the District Court that such demand was made.
☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

_____

March 31, 2017
Date _____

_____
Judge/Magistrate

| State of Alabama Unified Judicial System<br><br>Form C-81        11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17-282-286 |
| --- | --- | --- |

IN THE _____ **DISTRICT** _____ COURT OF _____ **RANDOLPH COUNTY** _____ **,ALABAMA**
_(Circuit, District or Municipal)_                        _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____    v. _____ **DANNY LEE CATER**
                                                                                                    Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of [4] Burglary 3rd (Class C) and TOP 2nd (Class C) _____ in this court in violation of _____ 13A-007-007(A)(1) and 13A-008-004 _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017 _____
Date                                                                    Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017 _____
Date                                                                    Defendant

ELECTRONICALLY FILED
4/3/2017 1:22 PM
56-DC-2017-000286.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

| State of Alabama Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80    Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-282-286 |

IN THE ___**DISTRICT**___ **COURT OF** ___**RANDOLPH COUNTY**___ , **ALABAMA**
   (Circuit, District or Municipal)            (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___**DANNY LEE CATER**___
                                                              **Defendant**

The above-named defendant, charged with the criminal offenses of _____ [4] Burglary 3rd and TOP 2nd,
was duly brought before the Court for initial appearance on ____March 31, 2017____ , at __9: 30__ o'clock _A_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

**(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
   ☐ (a) Ascertained the true name and address of the defendant to be:
   _____
   _____

   ☐ (b) Amended the formal charges to reflect defendant's true name.
   ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
   Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
   defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
   ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
   ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
      ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
      ☐ 3.) Other conditions (specify) _____
      _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
   an_____ ____(date) at_____ o'clock_____ .m.
   ☐ (a) Notified the District Court that such demand was made.
   ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
   _____

___March 31, 2017___
Date                                              Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17-282-286 |
|---|---|---|

IN THE _____ **DISTRICT** _____ **COURT OF** _____ RANDOLPH COUNTY _____ **,ALABAMA**

(Circuit, District or Municipal)          (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ DANNY LEE CATER

Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of [4] Burglary 3rd (Class C) and TOP 2nd (Class C) _____ in this court in violation of

_____ 13A-007-007(A)(1) and 13A-008-004 _____ . The primary purpose of this hearing

is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017
Date             Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017
Date             Defendant

| State of Alabama<br>Unified Judicial System | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|
| Form C-80    Rev.8/2000 | | DC 17-274 |

IN THE _____ **DISTRICT** _____ **COURT OF** _____ **RANDOLPH COUNTY** _____, **ALABAMA**
*(Circuit, District or Municipal)*       *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ Christopher Lynn Phillips
           **Defendant**

The above-named defendant, charged with the criminal offenses of _____ Insurance Fraud 1st _____,
was duly brought before the Court for initial appearance on _____ March 31, 2017 _____, at _9:30_ o'clock _A_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

    *(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
        (a) Ascertained the true name and address of the defendant to be:
        _____

        (b) Amended the formal charges to reflect defendant's true name.
        (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested ☑ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
        (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
        (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
           1.) Execution of an appearance bond (recognizance) in the amount of $_____.
           2.) Execution of a secured appearance bond in the amount of $_____.
           3.) Other conditions (specify) _____.
           _____.

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
    an _____ (date) at _____ o'clock _____ .m.
        (a) Notified the District Court that such demand was made.
        (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

March 31, 2017 _____
Date                   Judge/Magistrate

| State of Alabama<br>Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-274 |

IN THE ____**DISTRICT**____          COURT OF ____**RANDOLPH COUNTY**____ ,**ALABAMA**
        *(Circuit, District or Municipal)*                    *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____          v. ____**Christopher Lynn Phillips**____
                                                                          **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Insurance Fraud 1st (Class B)
_____ in this court in violation of
_____027-12A-003_____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions:_____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

____March 31, 2017____          _____
Date                                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

____March 31, 2017____          _____
Date                                              Defendant

| State of Alabama<br>Unified Judicial System | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number |
|---|---|---|
| Form C-80 ... .... Rev.8/2009... | | DC 2017- 294 |

IN THE _____ District _____ COURT OF _____ Randolph _____, ALABAMA
_(Circuit, District or Municipal)_ _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. __Daniello Adkins__
 Defendant

The above-named defendant, charged with the criminal offenses of __Dom. Vio. 3rd__
was duly brought before the Court for initial appearance on ____ March 31, 2017 ____, at __10:30__ o'clock _A_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

_(CHECK AS APPLICABLE)_

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☐ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.
☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
        ☐ 3.) Other conditions (specify) _____
        _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

March 31, 2017
Date _____
 Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-82      Rev.11/92 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number<br><br>DC 2017-294 |

IN THE _____ District _____ COURT OF _____ Randolph _____ ,ALABAMA
_____(Circuit, District or Municipal)_____ _____(Name of County or Municipality)_____

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____     v.     Danielle Atkins
                                                                          Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _Dom. Viol 3rd_

_____ 13 4 - 6 - 132 _____ in this court in violation of
_____. The primary purpose of this hearing

is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017
_____          _____
Date                                                     Judge/Magistrate

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release._

March 31, 2017
_____          X _____
Date                                                     Defendant

State of Alabama
Unified Judicial System

**ORDER**
**ON INITIAL APPEARANCE**

Form C-80      Rev.8/2000

Case Number
290
DC 2017- 291
295

IN THE _____ District _____ COURT OF _____ Randolph _____, ALABAMA
      (Circuit, District or Municipal)                    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____          v. ____ Marcy Allen ____
                                                                        Defendant

The above-named defendant, charged with the criminal offenses of __Poss. Contr. Sub. (3 counts)__
was duly brought before the Court for initial appearance on ____ March 31, 2017 ____, at __10:30__ o'clock __A__.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

(CHECK AS APPLICABLE)

☑ 1. Name and address of defendant.
     ☐ (a) Ascertained the true name and address of the defendant to be:

     _____

     ☐ (b) Amended the formal charges to reflect defendant's true name.
     ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
     the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
     opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
     obtain counsel, an attorney would be appointed by the Court to represent him/her.
     Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
     defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
     indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
     against him/her.
☐ 5. Bail
     ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
          capital offense.
     ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
          the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
          conditions:
          ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
          ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
          ☐ 3.) Other conditions (specify) _____.

          _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
     Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
     named defendant, set a preliminary hearing to be held in the District Court of _____
     an _____ (date) at _____ o'clock _____.m.
     ☐ (a) Notified the District Court that such demand was made.
     ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

_____

March 31, 2017
Date _____          Judge/Magistrate _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | **ADVICE OF RIGHTS ON INITIAL APPEARANCE**<br>**BEFORE JUDGE OR MAGISTRATE**<br>(Felony) | Case Number          290<br>                              291<br>DC 2017-295 |
|---|---|---|

IN THE _____ District _____ COURT OF _____ Randolph _____ , ALABAMA
    (Circuit, District or Municipal)              (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____

        v. _____ Marcy Allen _____
                                       Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _Poss. Contr. Sub._
3 Counts _____ in this court in violation of _____ 13A-12-212 _____ . The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017
Date                                  Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017
Date                                  Defendant

DOCUMENT 4

State of Alabama
Unified Judicial System

Form C-80     Rev.8/2000

**ORDER
ON INITIAL APPEARANCE**

Case Number
DC 2017-290
291
295

IN THE _____ District _____ COURT OF _____ Randolph _____, ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____                    v. _____ Marcy allen
                                                      Defendant

The above-named defendant, charged with the criminal offenses of _____ Poss. Contr. Sub. (3 counts)
was duly brought before the Court for initial appearance on _____ March 31, 2017 _____, at _____ 10:30 _____ o'clock _____ A.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
   ☐ (a) Ascertained the true name and address of the defendant to be:

   _____

   ☐ (b) Amended the formal charges to reflect defendant's true name.
   ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
   Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
   defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
   ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
   ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____
      ☐ 2.) Execution of a secured appearance bond in the amount of $ _____
      ☐ 3.) Other conditions (specify) _____

   _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
   an _____ (date) at _____ o'clock _____ .m.
   ☐ (a) Notified the District Court that such demand was made.
   ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

March 31, 2017
Date                                    Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81        11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number   290<br>291<br>DC 2017-295 |

IN THE _____ District _____ COURT OF _____ Randolph _____ ,ALABAMA

(Circuit, District or Municipal)          (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____

v. __Mary Allen__

Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of __Poss. Contr. Sub.__
__3 counts_____ , in this court in violation of
_____13A - 12 - 212_____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

__March 31, 2017__

Date                                      Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

__March 31, 2017__

Date                                      Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80     Rev.8/2000 | ORDER<br>ON INITIAL APPEARANCE | Case Number<br>DC 2017-292<br>DC 2017-246 |
|---|---|---|

IN THE _____ District _____ COURT OF _____ Randolph _____ , ALABAMA
        *(Circuit, District or Municipal)*                    *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____     v. _____ Marcy Allen
                                                                  Defendant

The above-named defendant, charged with the criminal offenses of _Poss. Contr. Sub._ _(2 counts)_
was duly brought before the Court for initial appearance on _____ March 31, 2017 _____, at _10:30_ o'clock _A_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

**(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:
    _____
    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☑ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.

☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
    capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
    the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
    conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
        ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

March 31, 2017
_____        _____
Date                                                            Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-82       Rev.11/92 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number<br>292<br>DC 2017-296 |
|---|---|---|

IN THE _____ District _____ COURT OF _____ Randolph _____, ALABAMA
        *(Circuit, District or Municipal)*              *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____                          v.     Mary allen
                                                              **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of *Poss. Drug. Para* in this court in violation of 2 counts _____ 3A-12-260(c) _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017                                          _____
Date                                          Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017                                     X Mary allen
Date                                          Defendant

State of Alabama
Unified Judicial System

Form C-80    Rev.8/2000

**ORDER**
**ON INITIAL APPEARANCE**

Case Number
DC 2017- 290
291
295

IN THE ____ District ____ COURT OF ____ Randolph ____, ALABAMA
(Circuit, District or Municipal)    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ____ Marcy Allen
    Defendant

The above-named defendant, charged with the criminal offenses of _Poss. Contr. Sub. (3 counts)_
was duly brought before the Court for initial appearance on ____ March 31, 2017 ____, at _10:30_ o'clock _A_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.
☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
        ☐ 3.) Other conditions (specify) _____.

    ☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
    ☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of ____
    an ____ (date) at ____ o'clock ____.m.
        ☐ (a) Notified the District Court that such demand was made.
        ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
    ☐ 8. Other: _____

March 31, 2017
Date

_____
Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number    290<br>291<br>DC 2017-295 |

IN THE _____ District _____ COURT OF _____ Randolph _____ ALABAMA
     *(Circuit, District or Municipal)*                    *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. __Mary Allen_____
                                                              Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of **Poss. Contr. Sub.**
**3 counts** in this court in violation of
**13A-12-212** . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination
made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge
or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will
determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible
person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions
concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time
and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you
qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for
the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided
order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or
magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses
with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is
demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence
has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will
then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to
establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge
you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you
at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
   _____
   _____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above
conditions, a warrant for your arrest will be issued.

March 31, 2017
Date                                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and
information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable
in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to
additional charges in the revocation of release.*

March 31, 2017
Date                                              Defendant

State of Alabama
Unified Judicial System

**ORDER
ON INITIAL APPEARANCE**

Case Number
DC 2017-292
246

Form C-80     Rev.8/2000

IN THE ___District___          COURT OF ___Randolph___ , ALABAMA
(Circuit, District or Municipal)          (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____          v. ___Marcy Allen___
                                                    Defendant

The above-named defendant, charged with the criminal offenses of ___Poss. Contr. Sub.___ (2 county)
was duly brought before the Court for initial appearance on ___March 31, 2017___ , at ___10:30___ o'clock ___A___ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.
☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____
        ☐ 2.) Execution of a secured appearance bond in the amount of $ _____
        ☐ 3.) Other conditions (specify) _____

    _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____ , _____
an _____ (date) at _____ o'clock ___ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

___March 31, 2017___
Date

___[signature]___
Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-82    Rev.11/92 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number<br>292<br>DC 2017-296 |

IN THE _____ District _____ **COURT OF** _____ Randolph _____ ,**ALABAMA**
(Circuit, District or Municipal)                   (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____   v.   _Mary Allen_
                                                                Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _Poss. Drug. Para_
_(a County)_ in this court in violation of
_13A - 12 - 260 (c)_ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

March 31, 2017                                    _____
Date                                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the event that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

March 31, 2017                          X _Mary Allen_
Date                                          Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-297 |
|---|---|---|

IN THE ___ **DISTRICT** ___ **COURT OF** ___ RANDOLPH COUNTY ___, **ALABAMA**
          *(Circuit, District or Municipal)*                              *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___ DESMOND HAWKINS
                                                                      Defendant

The above-named defendant, charged with the criminal offenses of ___ Pistol - Certain Person Forbidden ___,
was duly brought before the Court for initial appearance on ___ April 3, 2017 ___, at _1:30_ o'clock _P_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
        ☐ (a) Ascertained the true name and address of the defendant to be:
        _____

        ☐ (b) Amended the formal charges to reflect defendant's true name.
        ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
     the charges.

☑ 3.Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
     opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
     obtain counsel, an attorney would be appointed by the Court to represent him/her.
     Defendant ☐ requested ☑ did not request court-appointed counsel. If requested counsel,
     defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
     indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
     against him/her.
☐ 5. Bail
        ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
             capital offense.
        ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
             the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
             conditions:
             ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
             ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
             ☐ 3.) Other conditions (specify) _____
             _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
     Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
     named defendant, set a preliminary hearing to be held in the District Court of _____
     an _____ (date) at _____ o'clock _____ .m.
        ☐ (a) Notified the District Court that such demand was made.
        ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____
     _____

April 3, 2017 _____    _____
Date                                                                                        Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17-297 |
|---|---|---|

IN THE _____**DISTRICT**_____ COURT OF _____**RANDOLPH COUNTY**_____ ,**ALABAMA**
_(Circuit, District or Municipal)_ _(Name of County or Municipality)_

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____**DESMOND HAWKINS**_____
Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of **Pistol-Certain Person(Class C)**
_____ In this court in violation of
_____**13A-011-072(A)**_____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

**April 3, 2017**
Date                                                         Judge/Magistrate _____

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release._

**April 3, 2017**
Date                                                         Defendant _____

DOCUMENT 2

| State of Alabama<br>Unified Judicial System | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number** |
|---|---|---|
| Form C-80 · Rev.8/2000 | | DC 17-308 |

IN THE _____**DISTRICT**_____ COURT OF _____**RANDOLPH COUNTY**_____, **ALABAMA**
    (Circuit, District or Municipal)        (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ **BRANDON LAMAR HOLLIDAY**
                                                                 **Defendant**

The above-named defendant, charged with the criminal offenses) of _____ Poss Ctn Sub
was duly brought before the Court for initial appearance on _____ April 6, 2017 _____, at _ 10:00 _ o'clock _ A.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
      (a) Ascertained the true name and address of the defendant to be:

      _____

      (b) Amended the formal charges to reflect defendant's true name.
      (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
    the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
    defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
    indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.
☐ 5. Bail
      (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
      (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
        conditions:
          1.) Execution of an appearance bond (recognizance) in the amount of $_____.
          2.) Execution of a secured appearance bond in the amount of $_____.
          3.) Other conditions (specify) _____.

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____,
    an _____ (date) at _____ o'clock _____.m.
      (a) Notified the District Court that such demand was made.
      (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

_____

April 6, 2017
Date _____                  Judge/Magistrate _____

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-308 |

IN THE _____ **DISTRICT** _____ COURT OF ___ RANDOLPH COUNTY ___ ,ALABAMA
_(Circuit, District or Municipal)_                        _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___ BRANDON LAMAR HOLLIDAY ___
                                                                        Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _Poss Ctn Sub (Class D)_
_____ in this court in violation of
_____ 13A-012-212 _____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 6, 2017
Date                                                    Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

April 6, 2017
Date                                                    Defendant

| State of Alabama Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80      Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-307 |

IN THE _____ **DISTRICT** _____ COURT OF _____ RANDOLPH COUNTY _____ , **ALABAMA**
(Circuit, District or Municipal)                          (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ____ EDDIE PAUL HOUSTON

Defendant

The above-named defendant, charged with the criminal offenses of _____ Poss Ctn Sub
was duly brought before the Court for Initial appearance on _____ April 6, 2017 _____ , at __ 10:00 _ o'clock _A_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.

    ☐ (a)  Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b)  Amended the formal charges to reflect defendant's true name. _____
    ☐ (c)  Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Ball

    ☐ (a)  Determined that the defendant shall not be released from custody since charged with a non-ballable capital offense.

    ☐ (b)  Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:

        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____ ,
        ☐ 3.) Other conditions (specify) _____
    _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
an _____ (date) at _____ o'clock _____ .m.

    ☐ (a)  Notified the District Court that such demand was made.
    ☐ (b)  Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
_____

April 6, 2017
Date _____
                               Judge/Magistrate

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-307 |

IN THE _____**DISTRICT**_____ COURT OF _____**RANDOLPH COUNTY**_____ ,**ALABAMA**
_____(Circuit, District or Municipal)_____    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____

v.    **EDDIE PAUL HOUSTON**
Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of _Poss Ctn Sub (Class D)_ _____ in this court in violation of _____**13A-012-212**_____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense or offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions:_____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 6, 2017
Date      Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

April 6, 2017
Date      Defendant

DOCUMENT 2

| State of Alabama<br>Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80     Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-314-315 |

IN THE _____ **DISTRICT** _____ **COURT OF** ____ **RANDOLPH COUNTY** ____ **, ALABAMA**
*(Circuit, District or Municipal)*              *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ____ **ASHLEY ROSE SHAKE**
                                                                        **Defendant**

The above-named defendant, charged with the criminal offenses of _____ TOP 3rd and Burglary 3rd _____,
was duly brought before the Court for initial appearance on ____ April 6, 2017 ____, at ___ *10:00* ___ o'clock *A*.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

**(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
⬚ (a) Ascertained the true name and address of the defendant to be:
_____
_____

⬚ (b) Amended the formal charges to reflect defendant's true name.
☑ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ⬚ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ⬚ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.

☐ 5. Bail
⬚ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
capital offense.
⬚ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
conditions:
⬚ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
⬚ 2.) Execution of a secured appearance bond in the amount of $ _____.
⬚ 3.) Other conditions (specify) _____
_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____ .m.
⬚ (a) Notified the District Court that such demand was made.
⬚ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____
_____

April 6, 2017
**Date**                                              **Judge/Magistrate**

| State of Alabama<br>Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-314-315 |

| IN THE | DISTRICT | COURT OF | RANDOLPH COUNTY | , ALABAMA |
|---|---|---|---|---|
| | *(Circuit, District or Municipal)* | | *(Name of County or Municipality)* | |

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ ASHLEY ROSE SHAKE

Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of TOP 3rd (Class D) and Burglary 3rd (Class C) _____ in this court in violation of 13A-008-4.1 and 13A-007-007(A)(3) _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 6, 2017
Date _____     Judge/Magistrate _____

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

April 6, 2017
Date _____     Defendant _____

| State of Alabama Unified Judicial System | **ORDER ON INITIAL APPEARANCE** | Case Number |
|---|---|---|
| Form C-89   Rev.8/2000 | | DC 17-314-315 |

IN THE ___**DISTRICT**___ COURT OF ___**RANDOLPH COUNTY**___, **ALABAMA**
(Circuit, District or Municipal)   (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___**ASHLEY ROSE SHAKE**___
Defendant

The above-named defendant, charged with the criminal offenses of ___TOP 3rd and Burglary 3rd___ was duly brought before the Court for initial appearance on ___April 6, 2017___, at __10:00__ o'clock __A.__m., whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
 ☐ (a) Ascertained the true name and address of the defendant to be:
_____
_____

 ☐ (b) Amended the formal charges to reflect defendant's true name.
 ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
 ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
 ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
  ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
  ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
  ☐ 3.) Other conditions (specify) _____
  _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____, _____, _____ an _____ (date) at _____ o'clock _____ .m.
 ☐ (a) Notified the District Court that such demand was made.
 ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

April 6, 2017
Date _____   _____
                        Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17-314-315 |
|---|---|---|

IN THE _____ **DISTRICT** _____ **COURT OF** _____ RANDOLPH COUNTY _____ ,**ALABAMA**
        *(Circuit, District or Municipal)*                    *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____                          v. _____ **ASHLEY ROSE SHAKE**
                                                              Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of TOP 3rd (Class D) and
Burglary 3rd (Class C) _____ in this court in violation of
_____ 13A-008-4.1 and 13A-007-007(A)(3) _____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination
made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge
or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will
determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible
person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions
concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time
and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you
qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for
the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided
order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or
magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses
with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is
demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence
has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will
then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to
establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge
you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you
at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above
conditions, a warrant for your arrest will be issued.

April 6, 2017
Date                                                          Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and
information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable
in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to
additional charges in the revocation of release.*

April 6, 2017
Date                                                          Defendant

| State of Alabama Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80    Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-322 |

IN THE _____ **DISTRICT** _____ **COURT OF** _____ **RANDOLPH COUNTY** _____ , **ALABAMA**
  (Circuit, District or Municipal)          (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ DANIEL EUGENE DUTTON
                                                                      **Defendant**

The above-named defendant, charged with the criminal offenses of _____ Poss Drug Paraph
was duly brought before the Court for initial appearance on _____ April 7, 2017 _____ , at _11:30_ o'clock _A_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
  ☐ (a) Ascertained the true name and address of the defendant to be:

  _____

  ☐ (b) Amended the formal charges to reflect defendant's true name.
  ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
  ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
  ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
      ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
      ☐ 3.) Other conditions (specify) _____.

      _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
an _____ (date) at _____ o'clock _____ .m.
  ☐ (a) Notified the District Court that such demand was made.
  ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

  _____

April 7, 2017
Date                                              Judge/Magistrate

| State of Alabama Unified Judicial System | **ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE** (Misdemeanor or Municipal Ordinance Violation) | Case Number |
|---|---|---|
| Form C-82    Rev.11/92 | | DC 17-322 |

IN THE _____ **DISTRICT** _____ COURT OF ___ RANDOLPH COUNTY ___ ,ALABAMA
      *(Circuit, District or Municipal)*                      *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___ DANIEL EUGENE DUTTON
                                                                      **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of ___ Poss Drug Paraph (Class A) ___
_____ in this court in violation of
_____ 13A-012-260(C) _____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 7, 2017
_____                    _____
Date                                                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

April 7, 2017
_____                    X _____
Date                                                              Defendant

| State of Alabama Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80 — Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-321 |

IN THE _____ **DISTRICT** _____ COURT OF ___ RANDOLPH COUNTY ___, **ALABAMA**
*(Circuit, District or Municipal)*     *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___ DANIEL EUGENE DUTTON

                                                                         **Defendant**

The above-named defendant, charged with the criminal offenses) of _____ Poss Ctn Sub
was duly brought before the Court for initial appearance on _____ April 7, 2017 _____, at _ 11:30 _ o'clock 4 .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

    **(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
    the charges.

☐ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
    defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
    indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.
☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
        conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
        ☐ 3.) Other conditions (specify) _____

    _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____,
    an _____ (date) at _____ o'clock ____ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

_____

April 7, 2017
_____                    _____
Date                          Judge/Magistrate

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE (Felony) | Case Number |
|---|---|---|
| Form C-81     11/91 | | DC 17-321 |

IN THE ___ **DISTRICT** ___ **COURT OF** ___ RANDOLPH COUNTY ___ ,ALABAMA
   *(Circuit, District or Municipal)*                                    *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____     v. ___ DANIEL EUGENE DUTTON
                                                                 Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of ___ Poss Ctn Sub (Class D) ___ in this court in violation of ___ 13A-012-212 ___. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions:_____

_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 7, 2017
Date                                           Judge/Magistrate

I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.

April 7, 2017
Date                                           Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17-328-329 |
|---|---|---|

| IN THE ___ | **DISTRICT** | COURT OF | RANDOLPH COUNTY | , ALABAMA |
|---|---|---|---|---|
| | *(Circuit, District or Municipal)* | | *(Name of County or Municipality)* | |

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ____ DERRICK D. SMITH

Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of Rec Stolen Prop 1st (Class B) and Poss Forged Instru 2nd (Class C) _____ in this court in violation of 13A-008-017 and 13A-009-006 _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 13, 2017
Date                                               Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

April 13, 2017
Date                                               Defendant

| State of Alabama Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80    Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-328-329 |

IN THE ___**DISTRICT**___ COURT OF ___RANDOLPH COUNTY___, **ALABAMA**
         *(Circuit, District or Municipal)*                        *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___ **DERRICK D. SMITH**

                                                                        **Defendant**

The above-named defendant, charged with the criminal offenses of ___Rec Stolen Prop 1st and Poss Forged Inst 2nd___,
was duly brought before the Court for initial appearance on ___April 13, 2017___, at __3:00__ o'clock ☑ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.

☐ (a) Ascertained the true name and address of the defendant to be:

_____

☐ (b) Amended the formal charges to reflect defendant's true name.

☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail

☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:

☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
☐ 2.) Execution of a secured appearance bond in the amount of $_____.
☐ 3.) Other conditions (specify) _____

_____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____ .m.

☐ (a) Notified the District Court that such demand was made.
☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

_____

April 13, 2017
Date                                                    Judge/Magistrate

| State of Alabama<br>Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81        11/91 | (Felony) | DC 17-328-329 |

IN THE _____ **DISTRICT** _____ **COURT OF** _____ RANDOLPH COUNTY _____ ,**ALABAMA**
(Circuit, District or Municipal)      (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ DERRICK D. SMITH

                                                               **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Rec Stolen Prop 1st (Class B) and Poss Forged Instru 2nd (Class C) _____ in this court in violation of _____ 13A-008-017 and 13A-009-006 _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 13, 2017
Date                                            Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

April 13, 2017
Date                                            Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80   Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-328-329 |
|---|---|---|

| IN THE _____ DISTRICT _____<br>(Circuit, District or Municipal) | COURT OF | RANDOLPH COUNTY _____, ALABAMA<br>(Name of County or Municipality) |
|---|---|---|

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ DERRICK D. SMITH

Defendant

The above-named defendant, charged with the criminal offenses of _____ Rec Stolen Prop 1st and Poss Forged Inst 2nd _____ was duly brought before the Court for initial appearance on _____ April 13, 2017 _____, at _3:00_ o'clock ☑ .m., whereupon the Court did the following, as checked in the appropriate blocks:

(CHECK AS APPLICABLE)

☑ 1. Name and address of defendant.

☐ (a) Ascertained the true name and address of the defendant to be:

_____

☐ (b) Amended the formal charges to reflect defendant's true name.
☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail

☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:

☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____ an _____ (date) at _____ o'clock _____ .m.

☐ (a) Notified the District Court that such demand was made.
☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

April 13, 2017
Date _____   Judge/Magistrate _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-80   Rev.8/2000 | **ORDER<br>ON INITIAL APPEARANCE** | Case Number<br>DC 17-345 |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF ____ RANDOLPH COUNTY ____, ALABAMA
          *(Circuit, District or Municipal)*                *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ____ **BOBBY ROBERT BOWEN**
                                                                              Defendant

The above-named defendant, charged with the criminal offenses of _____ Manf Ctn Sub

was duly brought before the Court for initial appearance on ____ April 17, 2017 ____ at __ 1:00 __ o'clock __ P __ m.,

whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.

   ☐ (a) Ascertained the true name and address of the defendant to be:

     _____

   ☐ (b) Amended the formal charges to reflect defendant's true name.

   ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.

☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel, defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail

   ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.

   ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:

     ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
     ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
     ☐ 3.) Other conditions (specify) _____

     _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock _____ .m.

   ☐ (a) Notified the District Court that such demand was made.

   ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.

☐ 8. Other: _____

_____

April 17, 2017
Date                                                                    Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81      11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br>DC 17- 345 |
|---|---|---|

IN THE _____ **DISTRICT** _____ **COURT OF** _____ RANDOLPH COUNTY _____ , **ALABAMA**
_(Circuit, District or Municipal)_ _____ _(Name of County or Municipality)_

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ____ **BOBBY ROBERT BOWEN**
                                                                              **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Manf Ctn Sub (Class B)

_____ in this court in violation of

_____ 13A-012-217 _____ . The primary purpose of this hearing

is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 17, 2017
**Date** _____ **Judge/Magistrate** _____

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release._

April 17, 2017
**Date** _____ **Defendant** _____

| State of Alabama Unified Judicial System<br><br>Form C-80      Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-343 |

IN THE_____**DISTRICT**_____ COURT OF_____**RANDOLPH COUNTY**_____, **ALABAMA**
_(Circuit, District or Municipal)_                    _(Name of County or Municipality)_

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ **TERRY L. HARMON**
                                                                                        **Defendant**

The above-named defendant, charged with the criminal offenses of _____ Poss Drug Paraph
was duly brought before the Court for initial appearance on \_\_\_\_\_ April 17, 2017 \_\_\_\_\_ at \_\_1:00\_\_ o'clock _P_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:
*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
☐ (a) Ascertained the true name and address of the defendant to be:
_____

☐ (b) Amended the formal charges to reflect defendant s true name.
☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.

☐ 5. Bail
☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
☐ 3.) Other conditions (specify) _____
_____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____,
an_____(date) at_____ o'clock\_\_\_\_\_.m.
☐ (a) Notified the District Court that such demand was made.
☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

April 17, 2017
Date                                                    Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-80   Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | **Case Number**<br><br>DC 17-342 |
|---|---|---|

| IN THE | DISTRICT | COURT OF | RANDOLPH COUNTY | , ALABAMA |
|---|---|---|---|---|
| | *(Circuit, District or Municipal)* | | *(Name of County or Municipality)* | |

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ TERRY L. HARMON
                                                                          **Defendant**

The above-named defendant, charged with the criminal offenses of _____ Poss Ctn Sub
was duly brought before the Court for initial appearance on _____ April 17, 2017 _____, at _1:00_ o'clock _P_ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:
_____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☐ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
the charges.

☑ 3.Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
indigency to be determined.
☐ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.
☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
        ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____ , _____ ,
an _____ (date) at _____ o'clock _____ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

April 17, 2017
Date _____ Judge/Magistrate _____

| State of Alabama<br>Unified Judicial System<br><br>Form C-82        Rev.11/92 | **ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE**<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number<br><br>DC 17-343 |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF _____ RANDOLPH COUNTY _____ ,ALABAMA
　　　　　　(Circuit, District or Municipal)　　　　　　　　　(Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ TERRY L. HARMON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of_Poss Drug Paraph (Class A)
_____ in this court in violation of
_____ 13A-012-260 (C) _____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions:_____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 17, 2017
Date　　　　　　　　　　　　　　　　　　　　Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

April 17, 2017
Date　　　　　　　　　　　　　　　　　　　　Defendant

| State of Alabama<br>Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-342 |

IN THE ___**DISTRICT**___ COURT OF ___**RANDOLPH COUNTY**___, **ALABAMA**
*(Circuit, District or Municipal)*      *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ___**TERRY L. HARMON**___

Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of Poss Ctn Sub (Class D)
_____ in this court in violation of
___13A-012-212___. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

___April 17, 2017___
Date            Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

___April 17, 2017___
Date            Defendant

ELECTRONICALLY FILED
4/25/2017 1:53 PM
56-DC-2017-000348.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

318

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-348 |

IN THE ____ **DISTRICT** ____ COURT OF ____ **RANDOLPH COUNTY** ____ ,ALABAMA
_(Circuit, District or Municipal)_  _(Name of County or Municipality)_

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. ____ **DERRICK D. SMITH**

**Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Poss Forged Instr 2nd (Class C)
_____ in this court in violation of
____ 13A-009-006 ____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 19, 2017
Date                                    Judge/Magistrate

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release._

April 19, 2017
Date                                    Defendant

| State of Alabama<br>Unified Judicial System | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number |
|---|---|---|
| Form C-89    Rev.8/2000 | | DC 17-348 |

IN THE ___**DISTRICT**___ COURT OF ___**RANDOLPH COUNTY**___, ALABAMA
_(Circuit, District or Municipal)_     _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___**DERRICK D. SMITH**___
                                                                    **Defendant**

The above-named defendant, charged with the criminal offenses of _____ Poss Forged Instr 2nd _____,
was duly brought before the Court for initial appearance on _____ April 19, 2017 _____, at _____ o'clock _____ .m.,
whereupon the Court did the following, as checked in the appropriate blocks:

**(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
indigency to be determined.

☐ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.

☑ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
capital offense.
    ☑ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ☑ 2.) Execution of a secured appearance bond in the amount of $ __7,500__.
        ☐ 3.) Other conditions (specify) _____

    _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.

☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____
an _____ (date) at _____ o'clock _____ .m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

_____

April 19, 2017
Date _____                    _Judge/Magistrate_ _____

DOCUMENT 4



ELECTRONICALLY FILED
4/25/2017 1:54 PM
56-DC-2017-000346.00
CIRCUIT COURT OF
RANDOLPH COUNTY, ALABAMA
CHRIS MAY, CLERK

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
|---|---|---|
| Form C-81          11/91 | (Felony) | DC 17-346 |

IN THE _____ **DISTRICT** _____ COURT OF _____ **RANDOLPH COUNTY** , **ALABAMA**
 _(Circuit, District or Municipal)_   _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____    v. _____ **KEWENNA LAVET HOOKS**
                                                                      Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of Assault 1st (Class B)
_____ in this court in violation of
_____ 13A-006-020 _____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions:_____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 19, 2017
Date                                              Judge/Magistrate

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release._

April 19, 2017
Date                                              Defendant

| State of Alabama<br>Unified Judicial System | ORDER | Case Number |
|---|---|---|
| Form C-80          Rev.8/2000 | ON INITIAL APPEARANCE | DC 17-346 |

IN THE_____ **DISTRICT** _____ **COURT OF** _____ **RANDOLPH COUNTY** _____, **ALABAMA**
(Circuit, District or Municipal)                              (Name of County or Municipality)

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ **KEWENNA LAVET HOOKS**
                                                                                    **Defendant**

The above-named defendant, charged with the criminal offenses of _____ Assault 1st _____,
was duly brought before the Court for initial appearance on _____ April 19, 2017 _____, at _____ o'clock ____.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

**(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
    the charges.

☑ 3.Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
    defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
    indigency to be determined.
☐ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.
☑ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
        capital offense.
    ☑ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
        the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
        conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☑ 2.) Execution of a secured appearance bond in the amount of $ _30,000_____.
        ☐ 3.) Other conditions (specify) _____
        _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____,
    an _____ (date) at _____ o'clock ____.m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

April 19, 2017
_____                    _____
Date                                          Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-80       Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number<br><br>DC 17- 353 |
|---|---|---|

| IN THE | DISTRICT | COURT OF | RANDOLPH COUNTY | , ALABAMA |
|---|---|---|---|---|
| | *(Circuit, District or Municipal)* | | *(Name of County or Municipality)* | |

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ JENNIFER J. TURNER

Defendant

The above-named defendant, charged with the criminal offenses of _____ Poss Ctn Sub
was duly brought before the Court for initial appearance on _____ April 20, 2017 ___, at _ 2:00 _ o'clock _ P_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
  ☐ (a) Ascertained the true name and address of the defendant to be:

  ☐ (b) Amended the formal charges to reflect defendant's true name.
  ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
☐ Defendant ☐ requested ☑ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.
☐ 5. Bail
  ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
    capital offense.
  ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
    the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
    conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
      ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
      ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____,
an _____ (date) at _____ o'clock ____.m.
  ☐ (a) Notified the District Court that such demand was made.
  ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

April 20, 2017
Date                 Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          1L/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br>DC 17- 353 |
|---|---|---|

IN THE _____**DISTRICT**_____ COURT OF _____**RANDOLPH COUNTY**_____ **,ALABAMA**
_(Circuit, District or Municipal)_                              _(Name of County or Municipality)_

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____    v. _____**JENNIFER J. TURNER**_____
                                                                              **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Poss Ctm Sub (Class D)
_____ in this court in violation of
_____13A-012-212_____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination
made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge
or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will
determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible
person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions
concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time
and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you
qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for
the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided
order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or
magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses
with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is
demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence
has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will
then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to
establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge
you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you
at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions:_____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above
conditions, a warrant for your arrest will be issued.

April 20, 2017
_____                              _____
Date                                                                              Judge/Magistrate

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and_
_information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable_
_in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to_
_additional charges in the revocation of release._

April 20, 2017
_____                              _____
Date                                                                              Defendant

| State of Alabama Unified Judicial System | **ORDER** | **Case Number** |
|---|---|---|
| Form C-80   Rev.8/2000 | **ON INITIAL APPEARANCE** | DC 17-352 |

IN THE _____ DISTRICT _____ COURT OF _____ RANDOLPH COUNTY _____, ALABAMA
(Circuit, District or Municipal)                    (Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ JENNIFER J. TURNER

                                                                    Defendant

The above-named defendant, charged with the criminal offenses of _____ Poss Drug Paraph and TOP 4th
was duly brought before the Court for initial appearance on _____ April 20, 2017 _____ at _2:00_ o'clock _P_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    _____

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
the charges.

☐ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
obtain counsel, an attorney would be appointed by the Court to represent him/her.
Defendant ☐ requested ☑ did not request court-appointed counsel. If requested counsel,
defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
indigency to be determined.

☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
against him/her.

☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
        ☐ 3.) Other conditions (specify) _____
        _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
named defendant, set a preliminary hearing to be held in the District Court of _____
an_____ (date) at _____ o'clock _____.m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

_____

April 20, 2017
Date _____     _____ Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-82        Rev.11/92 | **ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE**<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number<br><br>DC 17- 352 |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF _____ RANDOLPH COUNTY _____ ,ALABAMA
    *(Circuit, District or Municipal)*                              *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ JENNIFER J. TURNER
                                                                        Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of Poss Drug Paraph (Class A)
and TOP 4th (Class A) _____ in this court in violation of
_____ 13A-012-260(c) and 13A-008-005 _____ . The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination
made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge
or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on
a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the
charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been
already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal
recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible
person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions
concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time
and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you
qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for
the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided
in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the
case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and
any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or
conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above
conditions, a warrant for your arrest will be issued.

April 20, 2017 _____
Date                                                        Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures,
rights, and information given to me at the initial court appearance. I understand the conditions of my release and
the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to
appear as required may subject me to additional charges in the revocation of release.*

April 20, 2017 _____
Date                                                        Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number<br>DC 17-352<br>354 |
|---|---|---|

IN THE _____ **DISTRICT** _____ **COURT OF** _____ RANDOLPH COUNTY _____, ALABAMA
_(Circuit, District or Municipal)_                                    _(Name of County or Municipality)_

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____                    v. _____ JENNIFER J. TURNER

Defendant

The above-named defendant, charged with the criminal offenses of _____ Poss Drug Paraph and TOP 4th _____,
was duly brought before the Court for initial appearance on _____ April 20, 2017 _____, at _____ 2:00 _____ o'clock _____ P.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

_(CHECK AS APPLICABLE)_

☑ 1. Name and address of defendant.
   ☐ (a) Ascertained the true name and address of the defendant to be:
   _____
   _____

   ☐ (b) Amended the formal charges to reflect defendant's true name.
   ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
   the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
   opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
   obtain counsel, an attorney would be appointed by the Court to represent him/her.
   Defendant ☐ requested ☑ did not request court-appointed counsel. If requested counsel,
   defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
   indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
   against him/her.
☐ 5. Bail
   ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
      capital offense.
   ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
      the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
      conditions:
      ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
      ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
      ☐ 3.) Other conditions (specify) _____.
      _____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
   Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
   named defendant, set a preliminary hearing to be held in the District Court of _____,
   an _____ (date) at _____ o'clock _____.m.
   ☐ (a) Notified the District Court that such demand was made.
   ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____
   _____

April 20, 2017 _____                    _____
Date                                    Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-82        Rev.11/92 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number<br><br>DC 17- 352<br>354 |
|---|---|---|

IN THE _____ DISTRICT _____ COURT OF _____ RANDOLPH COUNTY _____ ,ALABAMA
           *(Circuit, District or Municipal)*              *(Name of County or Municipality)*

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ JENNIFER J. TURNER
                                                              **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Poss Drug Paraph (Class A) and TOP 4th (Class A) _____ in this court in violation of

_____ 13A-012-260(c) and 13A-008-005 _____ . The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 20, 2017
_____                                      _____
Date                                                        Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

April 20, 2017
_____                                      _____
Date                                                        Defendant

DOCUMENT 4

| State of Alabama<br>Unified Judicial System<br><br>Form C-81          11/91 | ADVICE OF RIGHTS ON INITIAL APPEARANCE<br>BEFORE JUDGE OR MAGISTRATE<br>(Felony) | Case Number<br><br>DC 17- 351 |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF _____ **RANDOLPH COUNTY** _____ , **ALABAMA**
_(Circuit, District or Municipal)_                                     _(Name of County or Municipality)_

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ **JOLENE MARIE ATKINS**
                                                                                                    **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of TOP 3rd (Class D)

_____ 13A-008-004.1 _____ in this court in violation of _____. The primary purpose of this hearing
is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
_____
_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 20, 2017
_____                     _____
Date                                                                 Judge/Magistrate

_I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release._

April 20, 2017
_____                     _____
Date                                                                 Defendant

| State of Alabama<br>Unified Judicial System<br><br>Form C-80       Rev.8/2000 | **ORDER<br>ON INITIAL APPEARANCE** | Case Number<br>DC 17-351 |
|---|---|---|

| IN THE | DISTRICT<br>(Circuit, District or Municipal) | COURT OF | RANDOLPH COUNTY<br>(Name of County or Municipality) | , ALABAMA |
|---|---|---|---|---|

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. _____ JOLENE MARIE ATKINS

Defendant

The above-named defendant, charged with the criminal offenses of _____ TOP 3rd
was duly brought before the Court for initial appearance on _____ April 20, 2017 ____, at __2:00__ o'clock __P__.m.,
whereupon the Court did the following, as checked in the appropriate blocks:

*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
    ☐ (a) Ascertained the true name and address of the defendant to be:

    ☐ (b) Amended the formal charges to reflect defendant's true name.
    ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of the charges.

☑ 3.Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
    defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
    indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use against him/her.
☐ 5. Bail
    ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable capital offense.
    ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional conditions:
        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $ _____.
        ☐ 2.) Execution of a secured appearance bond in the amount of $ _____.
        ☐ 3.) Other conditions (specify) _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1, Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above named defendant, set a preliminary hearing to be held in the District Court of _____
    an _____ (date) at _____ o'clock _____.m.
    ☐ (a) Notified the District Court that such demand was made.
    ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

April 20, 2017
Date _____ Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-80    Rev.8/2000 | **ORDER**<br>**ON INITIAL APPEARANCE** | Case Number<br>DC 17- 35O |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF ___ RANDOLPH COUNTY ___, **ALABAMA**
　　　　(Circuit, District or Municipal)　　　　　　(Name of County or Municipality)

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____ v. ___ RONNIE LEE RICE JR.
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Defendant**

The above-named defendant, charged with the criminal offenses of _____ Attempt to Elude
was duly brought before the Court for initial appearance on ___ April 20, 2017 ___, at _2:00_ o'clock _P_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
　　*(CHECK AS APPLICABLE)*

☑ 1. Name and address of defendant.
　　　　☐ (a) Ascertained the true name and address of the defendant to be:
　　　　　_____

　　　　☐ (b) Amended the formal charges to reflect defendant's true name.
　　　　☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
　　the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
　　opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
　　obtain counsel, an attorney would be appointed by the Court to represent him/her.
　　Defendant ☐ requested ☑ did not request court-appointed counsel. If requested counsel,
　　defendant ☐ was ☑ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
　　indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
　　against him/her.
☐ 5. Bail
　　　☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
　　　　　capital offense.
　　　☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
　　　　　the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
　　　　　conditions:
　　　　　　☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
　　　　　　☐ 2.) Execution of a secured appearance bond in the amount of $_____.
　　　　　　☐ 3.) Other conditions (specify) _____
　　　　　_____

☐ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
　　Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
　　named defendant, set a preliminary hearing to be held in the District Court of _____,
　　an _____(date) at_____ o'clock_____.m.
　　　☐ (a) Notified the District Court that such demand was made.
　　　☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☑ 8. Other: _Set for Status Day on Wednesday, May 3, 2017 at 9:00 a.m. at the Randolph County Courthouse._

April 20, 2017 _____
Date _____ Judge/Magistrate

| State of Alabama<br>Unified Judicial System<br><br>Form C-82    Rev.11/92 | ADVICE OF RIGHTS ON INITIAL<br>APPEARANCE BEFORE JUDGE OR MAGISTRATE<br>(Misdemeanor or Municipal Ordinance Violation) | Case Number<br><br>DC 17- 350 |
|---|---|---|

IN THE _____ **DISTRICT** _____ COURT OF _____ RANDOLPH COUNTY _____ , ALABAMA
     *(Circuit, District or Municipal)*                        *(Name of County or Municipality)*

☑ **STATE OF ALABAMA**
☐ **MUNICIPALITY OF** _____ v. _____ RONNIE LEE RICE JR.
                                                                **Defendant**

This is a first appearance hearing. You are charged with committing the offense(s) of Attempt to Elude (Class A) _____ in this court in violation of _____ 13A-010-052 _____. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you and the rights you and the rights you have under the law at this time. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you and the rights you have under the law at this time.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for you to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided in order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

You have the right to have a trial. Some charges are automatically scheduled for trial. If you plead "not guilty," the case will be set for trial as soon as is possible.

If you are released from custody (whether personal recognizance or otherwise), you must:

1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____

_____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 20, 2017
_____          _____
Date                                                      Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

April 20, 2017
_____          _____
Date                                                      Defendant

| State of Alabama Unified Judicial System | **ORDER** | Case Number |
| --- | --- | --- |
| Form C-80 ........ .Rev.8/2000. | **ON INITIAL APPEARANCE** | DC 17-349 |

IN THE_____ DISTRICT _____ COURT OF_____ RANDOLPH COUNTY _____, ALABAMA
         (Circuit, District or Municipal)                    (Name of County or Municipality)

☑ STATE OF ALABAMA                                    CHAD JUSTIN THOMPSON
☐ MUNICIPALITY OF _____    v. _____
                                                                              Defendant

The above-named defendant, charged with the criminal offenses of _____ Break/Enter Vehicle _____,
was duly brought before the Court for initial appearance on ___ April 20, 2017 ___, at _2:00_ o'clock _P_.m.,
whereupon the Court did the following, as checked in the appropriate blocks:
   **(CHECK AS APPLICABLE)**

☑ 1. Name and address of defendant.
           ☐ (a) Ascertained the true name and address of the defendant to be:

           _____

           ☐ (b) Amended the formal charges to reflect defendant's true name.
           ☐ (c) Instructed the defendant to notify the Court promptly of any change of address.
☑ 2. Informed the defendant of the charges against him/her and ensured that the defendant was served with a copy of
    the charges.

☑ 3. Informed the defendant of the right to be represented by counsel, that he/she would be afforded time and
    opportunity to retain an attorney, and further advised the defendant that, if he/she were indigent and unable to
    obtain counsel, an attorney would be appointed by the Court to represent him/her.
    Defendant ☑ requested ☐ did not request court-appointed counsel. If requested counsel,
    defendant ☑ was ☐ was not given a copy of the Affidavit of Substantial Hardship to complete in order for
    indigency to be determined.
☑ 4. Informed the defendant that he/she had the right to remain silent and that anything that he/she said could be use
    against him/her.
☐ 5. Bail
           ☐ (a) Determined that the defendant shall not be released from custody since charged with a non-bailable
                  capital offense.
           ☐ (b) Determined that the defendant shall be released from custody pending further proceedings, subject to
                  the mandatory conditions prescribed in Rule 7.3(a), Ala.R.Crim.P., and subject to the following additional
                  conditions:
                        ☐ 1.) Execution of an appearance bond (recognizance) in the amount of $_____.
                        ☐ 2.) Execution of a secured appearance bond in the amount of $_____.
                        ☐ 3.) Other conditions (specify) _____

           _____

☑ 6. If charged with a felony offense, informed the defendant of right to demand a preliminary hearing under Rule 5.1,
    Ala.R.Crim.P., and of the procedure by which that right may be exercised.
☐ 7. If charged with a felony offense a preliminary hearing was demanded within 30 days of date of arrest by the above
    named defendant, set a preliminary hearing to be held in the District Court of _____,
    an_____ (date) at_____ o'clock____.m.
           ☐ (a) Notified the District Court that such demand was made.
           ☐ (b) Defendant made no demand for a preliminary hearing at the initial appearance hearings.
☐ 8. Other: _____

April 20, 2017                                                    _____
Date                                                    Judge/Magistrate

| State of Alabama Unified Judicial System | ADVICE OF RIGHTS ON INITIAL APPEARANCE BEFORE JUDGE OR MAGISTRATE | Case Number |
| Form C-81          11/91 | (Felony) | DC 17- 349 |

| IN THE | DISTRICT | COURT OF | RANDOLPH COUNTY | , ALABAMA |
| | *(Circuit, District or Municipal)* | | *(Name of County or Municipality)* | |

☑ STATE OF ALABAMA
☐ MUNICIPALITY OF _____                    v. ___ CHAD JUSTIN THOMPSON
                                                                              Defendant

This is a first appearance hearing. You are charged with committing the offense(s) of Break/Enter Vehicle (Class C) in this court in violation of ___ 13A-008-011(B) ___. The primary purpose of this hearing is to ensure that you know and understand the charge or charges against you. At this hearing, there will be no determination made about your guilt or innocence of the crime charged, but only a determination that you know and understand the charge or charges against you. If you are before the court on a complaint following a warrantless arrest, the judge or magistrate will determine whether there is probable cause for the charge against you.

In addition, the purpose of this hearing is to determine whether bail should be set in your case; or, if it has been already set, if it should remain the same, be raised, be lowered, or whether you should be released upon your personal recognizance (that is, your promise to appear for future court proceedings) or released in the custody of some responsible person. In order to make this determination, it will be necessary for the judge or magistrate to ask you some questions concerning your ties with the community.

You are entitled to be represented by an attorney. You have a right to have your own attorney and will be given time and opportunity to retain an attorney. If you are unable to afford an attorney, one will be appointed for you by the court if you qualify for such representation. It will be necessary for your to complete an indigency questionnaire under oath in order for the court to make this determination.

You have a right to talk with your attorney, family, or friends and, if necessary, reasonable means will be provided order to enable you to do so. You have the right to remain silent. Anything that you say may be used against you.

Because you are charged with a felony, you are entitled to demand a preliminary hearing before a judge or magistrate to determine whether there is sufficient evidence to establish that you probably committed the offense or offenses with which you are charged. You must make this demand within thirty (30) days of the date of arrest. If a hearing is demanded and one is conducted, and if, at the conclusion of the preliminary hearing, the judge finds that sufficient evidence has been shown to establish that you probably committed the offense of offenses with which you are charged, the judge will then bind you over for further action by a grand jury. If, on the other hand, the judge finds that the evidence is insufficient to establish that you probably committed the crime or crimes charged, then the judge will dismiss the charge and discharge you from further custody or pre-trial obligations subject to the right of the prosecution to reinstate the charges against you at a later time.

If you are released from custody (whether personal recognizance or otherwise), you must:
1) Appear to answer and submit to all orders and process of the court having jurisdiction in the case.
2) Refrain from committing any criminal offense.
3) Not depart from the State of Alabama without the leave of the court having jurisdiction of this case.
4) Promptly notify the court of any change of address or the phone number.
5) Other conditions: _____
   _____
   _____

The provisions of the Release Order may be revoked or modified by the court for cause. The Release Order and any appearance bond executed in compliance with it will continue in force and effect until the dismissal, acquittal, or conviction on the charges, unless sooner revoked or modified by the court. Upon report of a violation of any of the above conditions, a warrant for your arrest will be issued.

April 20, 2017
Date                                              Judge/Magistrate

*I have read or have been advised of the matters herein set forth. I understand the explanation of procedures, rights, and information given to me at the initial court appearance. I understand the conditions of my release and the penalties applicable in the even that I violate any conditions imposed herein. I also understand that failure to appear as required may subject me to additional charges in the revocation of release.*

April 20, 2017                                    X Chad Thompson
Date                                              Defendant