# EXHIBIT V

**To Declaration of Micah West in Support of
Motion for Preliminary Injunction
& Motion for Class Certification**



**PRETRIAL SERVICES AGENCY**
*for the* DISTRICT *of* COLUMBIA

*A Federal agency dedicated to promoting pretrial justice and enhancing community safety in the District of Columbia*

Search

| I AM A | ABOUT | PROGRAMS AND SERVICES | OPPORTUNITIES | HIGHLIGHTS AND ACCOMPLISHMENTS | RESOURCES | RESEARCH AND DATA | CONTACT US |

Home

## OUTCOMES FOR LAST FOUR YEARS

PSA PERFORMANCE OUTCOMES:

PSA measures achievement of its critical outcomes through four measures:

1. Concurrence Rate:  Rate at which PSA's release recommendations at initial appearance are consistent with ordered release conditions.
2. Arrest-Free Rate:  Percentage of defendants who remain arrest-free during the pretrial release period.

- Any arrest-includes felony, misdemeanor, and serious D.C. Traffic cases
- Violent crimes-include crimes as defined in D.C. code 23.1331

3. Appearance Rate:  Percentage of defendants who make all scheduled court appearances during the pretrial period.
4. Continued Pretrial Release:  Percentage of defendants who remain on release at the conclusion of their pretrial period without a pending request for removal or revocation due to non- compliance.

DEFENDANT SUPERVISION:

Defendants released prior to trial fall into two categories:  those supervised by PSA and those released on personal recognizance (PR).  This graph displays the number of defendants that PSA supervises compared to those who are released on PR (not supervised by PSA).
As the sole pretrial services agency serving the D.C. Superior Court and U.S. District Court for the District of Columbia, PSA supervises or monitors approximately 17,000 defendants each year. At any time, approximately 4,500 defendants are under pretrial supervision.

CASE DURATION:

This graph shows the median times (in days) that defendants remain on pretrial supervision in both courts (DC Superior Court and US District Court for DC) across two case types (felony and misdemeanor).
The median time for defendants with cases pending in DC Superior Court to remain on pretrial supervision is 129 days for misdemeanors and 170 days for felonies.  Defendants with cases pending in U.S. District Court are under pretrial release approximately 367 days.  The vast majority of defendants supervised by PSA are awaiting trial in D.C. Superior Court, with a much smaller number awaiting trial in U.S. District Court.

DISCLAIMER: The information on this page is for demonstration purposes ONLY. In no way should the data displayed on this page be considered official or accurate.

The information contained in this system is protected by Federal and District of Columbia law, and is provided exclusively for the performance of official government duties. Access or use by unauthorized persons, or for unauthorized purposes, including UNOFFICIAL PERSONAL ACCESS or USE, is prohibited and may constitute a violation of 18 U.S.C. § 1030 and the other laws listed below.

Federal law (42 C.F.R. § 2.4) provides a criminal penalty ($500 for a first offense and up to $5,000 for each subsequent offense) for unlawful disclosure.

## Outcome Measures For FY2013 - FY2016

☐ Met target

| Measure | Target | MetTarget | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|---|
| **Concurrence Rate** | 72% | Met target | ■ 79% | ■ 77% | ■ 72% | ■ 72% |
| **Arrest-Free Rate (Any Crime)** | 88% | Met target | ■ 90% | ■ 89% | ■ 89% | ■ 88% |
| **Arrest-Free Rate (Violent Crime)** | 98% | Met target | ■ 99% | ■ 99% | ■ 98% | ■ 98% |
| **Continued Pretrial Release Rate** | 85% | Met target | ■ 87% | ■ 88% | ■ 88% | ■ 88% |



Number of Defendants For FY2013 - FY2016

- Unsupervised / Supervised
- 2013: 16,016 / 6,931
- 2014: 16,053 / 6,674
- 2015: 14,230 / 6,486
- 2016: 15,275 / 6,496

Median (Days) Case Durations For FY2013 - FY2016

| Year | USDC | DCSC - Felony | DCSC - Misdem.. |
|---|---|---|---|
| 2013 | 392 | 158 | 126 |
| 2014 | 322 | 168 | 119 |
| 2015 | 403 | 193 | 124 |
| 2016 | 359 | 173 | 131 |