**EXHIBIT Y**

**To Declaration of Micah West in Support of
Motion for Preliminary Injunction
& Motion for Class Certification**

| State of Alabama<br>Unified Judicial System<br><br>Form C-10<br>Page 1 of 2           Rev.2/95 | **AFFIDAVIT OF SUBSTANTIAL<br>HARDSHIP AND ORDER** | Case Number |
|---|---|---|

IN THE_____COURT OF _____, ALABAMA
        (Circuit, District, or Municipal)                                                                              (Name of County or Municipality)

STYLE OF CASE: _____ v. _____
                                    **Plaintiff(s)**                                                                              **Defendant(s)**

TYPE OF PROCEEDING:_____CHARGE(s) (if applicable):_____

☐ **CIVIL CASE--** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE--** (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE--** I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION--** I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1. INDENTIFICATION
   Full name _____ Date of Birth _____
   Spouse's full name (if married) _____
   Complete home address _____
   _____
   Number of people living in household _____
   Home telephone number _____
   Occupation/Job_____ Length of employment _____
   Driver's license number _____ *Social Security Number_____
   Employer_____ Employer's telephone number_____
   Employer's address _____
   _____

2. ASSISTANCE BENEFITS
   Do you or anyone residing in your household receive benefits from any of the following sources? (*if so, please check those which apply*)
   ☐ AFDC    ☐ Food Stamps    ☐ SSI    ☐ Medicaid    ☐ Other_____

3. INCOME/EXPENSE STATEMENT

   Monthly Gross Income:
      Monthly Gross Income                                                                            $_____
      Spouse's Monthly Gross Income (*unless a martial offense*)       _____
      Other Earnings: Commissions, Bonuses, Interest Income, etc,       _____
      Contributions from Other People Living in Household                        _____
      Unemployment/Workmen's Compensation,
         Social Security, Retirements, etc,                                                          _____
      Other Income (*be specific*) _____          _____

                  TOTAL MONTHLY GROSS INCOME                                                         $_____

   Monthly Expenses:
      A. Living Expenses                                                                            $_____
         Rent/Mortgage                                                                                _____
         Total Utilities: *Gas, Electricity, Water, etc*                                _____
         Food                                                                                             _____
         Clothing                                                                                         _____
         Health Care/Medical                                                                         _____
         Insurance                                                                                        _____
         Car Payment(s)/Transportation Expenses                                      _____
         Loan Payment(s)                                                                             _____

*OPTIONAL

| Form C-10  Page 2 of 2   Rev.2/95 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER |
|---|---|

Monthly Expenses:(cont'd page1)
    Credit Card Payment(s)                        _____
    Educational/Employment Expenses        _____
    Other Expenses (be specific) _____    _____
_____    _____

        **Sub-Total**                                                            A $_____

B.    Child Support Payment(s)/Alimony       $_____
        **Sub-Total**                                                            B $_____
C.    Exceptional Expenses                 $_____

      **TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)**     $_____

**Total Gross Monthly Income Less total monthly expenses:**

                **DISPOSABLE MONTHLY INCOME**                       $_____

4.    LIQUID ASSETS:
       Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)       $_____
       Equity in Real Estate (value of properly less what you owe)       _____
       Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)       _____
       Other (*be specific*)
       Do you own anything else of value? ☐ Yes ☐ No
       (land, house, boat, TV, stereo, jewelry)
       If so, describe _____    _____
_____
        **TOTAL LIQUID ASSETS**                                          $_____

5.    Affidavit/Request

I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,

Sworn to and subscribed before me this

_____
Affiant's Signature

_____ day of _____, _____

_____       _____
Judge/Clerk/Notary                                                         Print or Type Name

**ORDER OF COURT**

**SECTION II**

IT IS THEREFORE, ORDERED, AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ Affiant is not indigent and request is DENIED.
☐ Affiant is partially indigent and able to contribute monetarily toward his/her defense; therefore defendant is ordered to pay $_____ towards the anticipated cost of appointed counsel. Said amount is to be paid to the clerk of court or as otherwise ordered and disbursed as follows: _____
☐ Affiant is indigent and request is GRANTED.
☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____ is hereby appointed as counsel to represent affiant.
IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.
Done this_____ day of _____

_____
Judge

| State of Alabama<br>Unified Judicial System<br>Form C-10A<br>Page 1 of 2          Rev.2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP** | **Case Number** |
|---|---|---|

**IN THE**_____**COURT OF** _____**, ALABAMA**
         (Circuit, District, or Municipal)                                                   (Name of County or Municipality)

**STYLE OF CASE:** _____**v.** _____
                                    **Plaintiff(s)**                                                                    **Defendant(s)**

**TYPE OF PROCEEDING:**_____**CHARGE(s)** (if applicable):_____

☐ **CIVIL CASE--** I, because of substantial hardship, am unable to pay the docket fee and service fees in this case. I request that payment of these fees be waived initially and taxed as costs at the conclusion of the case.

☐ **CIVIL CASE--** (such as paternity, support, termination of parental rights, dependency) – I am financially unable to hire an attorney and I request that the court appoint one for me.

☐ **CRIMINAL CASE--** I am financially unable to hire an attorney and request that the court appoint one for me.

☐ **DELINQUENCY/NEED OF SUPERVISION--** I am financially unable to hire an attorney and request that the court appoint one for my child/me

**AFFIDAVIT**

SECTION 1.

1.   IDENTIFICATION
     Full name _____  Date of Birth _____
     Spouse's full name (if married) _____
     Complete home address _____
     _____
     Number of people living in household _____
     Home telephone number _____
     Occupation/Job_____ Length of employment _____
     Driver's license number _____ *Social Security Number_____
     Employer_____ Employer's telephone number_____
     Employer's address _____
     _____

2.   ASSISTANCE BENEFITS
     Do you or anyone residing in your household receive benefits from any of the following sources? (*if so, please check those which apply*)
     ☐ AFDC      ☐ Food Stamps      ☐ SSI      ☐ Medicaid      ☐ Other_____

3.   INCOME/EXPENSE STATEMENT

     Monthly Gross Income:
        Monthly Gross Income                                                           $_____
        Spouse's Monthly Gross Income (*unless a martial offense*)        _____
        Other Earnings: Commissions, Bonuses, Interest Income, etc,      _____
        Contributions from Other People Living in Household                   _____
        Unemployment/Workmen's Compensation,
          Social Security, Retirements, etc,                                             _____
        Other Income (*be specific*) _____      _____

                       TOTAL MONTHLY GROSS INCOME                                                  $_____

     Monthly Expenses:
        A. Living Expenses                                                                $_____
           Rent/Mortgage                                                                     _____
           Total Utilities: *Gas, Electricity, Water, etc*                              _____
           Food                                                                                     _____
           Clothing                                                                                 _____
           Health Care/Medical                                                               _____
           Insurance                                                                                _____
           Car Payment(s)/Transportation Expenses                                _____
           Loan Payment(s)                                                                      _____
*OPTIONAL

| Form C-10A   Page 2 of 2   Rev.2/95 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP** | |
|---|---|---|
| Monthly Expenses:(cont'd page1)<br>    Credit Card Payment(s)<br>    Educational/Employment Expenses<br>    Other Expenses (be specific) _____ | _____ | |
| **Sub-Total** | | A $_____ |
| B.   Child Support Payment(s)/Alimony | $_____ | |
| **Sub-Total** | | B $_____ |
| C.   Exceptional Expenses | $_____ | |
| **TOTAL MONTHLY EXPENSES (add subtotals from A & B monthly only)** | | $_____ |
| **Total Gross Monthly Income Less total monthly expenses:**<br>                    **DISPOSABLE MONTHLY INCOME** | | $_____ |
| 4.   LIQUID ASSETS:<br>       Cash on Hand/Bank (*or otherwise available such as stocks, bonds, certificates of deposit*)<br>       Equity in Real Estate (value of property less what you owe)<br>       Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, VCR, furnishing, jewelry, tools, guns, less what you owe)<br>       Other (*be specific*)<br>       Do you own anything else of value?  ☐ Yes ☐ No<br>       (land, house, boat, TV, stereo, jewelry)<br>       If so, describe _____ | $_____<br>_____<br><br>_____<br><br><br>_____ | |
| **TOTAL LIQUID ASSETS** | | $_____ |
| 5.   Affidavit/Request<br>    I swear or affirm that the answers are true and reflect my current financial status.  I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury, I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provide by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel,<br><br> Sworn to and subscribed before me this<br><br>_____ day of _____, _____<br><br>_____<br>Judge/Clerk/Notary | _____<br>Affiant's Signature<br><br><br>_____<br>Print or Type Name | |

| State of Alabama<br>Unified Judicial System<br><br>Form C-10B          Rev.2/95 | **ORDER APPOINTING<br>COUNSEL (INDIGENT)** | **Case Number** |
|---|---|---|

IN THE_____COURT OF _____, ALABAMA
           (Circuit, District, or Municipal)                                              (Name of County or Municipality)

STYLE OF CASE: _____ v. _____
                              **Plaintiff(s)**                                              **Defendant**

☐ **STATE OF ALABAMA**

☐ **Municipality of** _____ v. _____
                                                                                             **Defendant**

☐ **IN THE MATTER OF** _____, a child

---

**IT IS, THEREFORE, ORDERED AND ADJUDGED BY THIS COURT AS FOLLOWS:**

☐ Affiant is not indigent and request is DENIED.

☐ Affiant is partially indigent and able to contribute monetarily towards his defense; therefore, defendant is ordered to pay $_____ toward the anticipated cost of appointed counsel. This amount is to be paid to the Clerk of Court or as otherwise ordered and disbursed as follows:

_____
_____

☐ Affiant is indigent and request is GRANTED.

☐ The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that _____,
is hereby appointed as counsel to represent affiant.                    (Name of Attorney)

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

Done this_____ day of _____, _____

_____
Judge