# EXHIBIT HH

**To Declaration of Micah West in Support of
Motion for Preliminary Injunction
& Motion for Class Certification**



**2012-6**

# NATIONAL SHERIFFS' ASSOCIATION SUPPORTS & RECOGNIZES THE CONTRIBUTION OF PRETRIAL SERVICES AGENCIES TO ENHANCE PUBLIC SAFETY

**WHEREAS,** the National Sheriffs' Association (NSA) supports the fair and efficient administration of criminal justice and is dedicated to the reduction of crime;

**WHEREAS**, a justice system relying heavily on financial conditions of release at the pretrial stage is inconsistent with a fair and efficient justice system;

**WHEREAS,** the purpose of the pretrial detention decision is both to assure the presence of accused defendants in court and to protect the public from harm;

**WHEREAS**, nationwide most pretrial inmates are incarcerated not because of their risk to public safety or of not appearing in court, but because of their inability to afford the amount of their bail bond;

**WHEREAS**, the majority of jail inmates nationwide are on pretrial status, contributing to the nation's problem of jail crowding;

**WHEREAS**, crowded jails present a safety concern for jail staff and inmates and an unnecessary financial burden on taxpayers;

**WHEREAS**, pretrial risk assessment of all defendants with a validated instrument and pretrial supervision of some defendants released to the community pending trial helps to maximize court appearances while maintaining public safety;

**NOW, THEREFORE BE IT RESOLVED**, that the National Sheriffs' Association supports and recognizes the value of high-functioning pretrial services agencies to enhance public safety; promote a fair and efficient justice system; provide assistance to sheriffs in the administering of a safe jail and reducing jail crowding; and help relieve the financial burden on taxpayers.

Adopted at a Meeting of the General Membership in Nashville, TN on June 18, 2012.

National Sheriffs' Association 2012 Resolutions