**EXHIBIT RR**


**To Declaration of Micah West in Support of**
**Motion for Preliminary Injunction**
**& Motion for Class Certification**





S1701

POVERTY STATUS IN THE PAST 12 MONTHS

2011-2015 American Community Survey 5-Year Estimates

Supporting documentation on code lists, subject definitions, data accuracy, and statistical testing can be found on the American Community Survey website in the Data and Documentation section.

Sample size and data quality measures (including coverage rates, allocation rates, and response rates) can be found on the American Community Survey website in the Methodology section.

**Tell us what you think.** Provide feedback to help make American Community Survey data more useful for you.

Although the American Community Survey (ACS) produces population, demographic and housing unit estimates, it is the Census Bureau's Population Estimates Program that produces and disseminates the official estimates of the population for the nation, states, counties, cities and towns and estimates of housing units for states and counties.

| Subject | Randolph County, Alabama | | | | |
|---|---|---|---|---|---|
| | Total | | Below poverty level | | Percent below poverty level |
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate |
| Population for whom poverty status is determined | 22,130 | +/-168 | 4,511 | +/-750 | 20.4% |
| AGE | | | | | |
| Under 18 years | 5,003 | +/-69 | 1,416 | +/-333 | 28.3% |
| Under 5 years | 1,218 | +/-61 | 430 | +/-119 | 35.3% |
| 5 to 17 years | 3,785 | +/-44 | 986 | +/-263 | 26.1% |
| Related children of householder under 18 years | 4,998 | +/-70 | 1,411 | +/-334 | 28.2% |
| 18 to 64 years | 12,981 | +/-118 | 2,373 | +/-434 | 18.3% |
| 18 to 34 years | 3,896 | +/-180 | 826 | +/-216 | 21.2% |
| 35 to 64 years | 9,085 | +/-181 | 1,547 | +/-348 | 17.0% |
| 60 years and over | 5,535 | +/-212 | 922 | +/-198 | 16.7% |
| 65 years and over | 4,146 | +/-108 | 722 | +/-169 | 17.4% |
| | | | | | |
| SEX | | | | | |
| Male | 10,838 | +/-134 | 2,048 | +/-334 | 18.9% |
| Female | 11,292 | +/-145 | 2,463 | +/-486 | 21.8% |
| | | | | | |
| RACE AND HISPANIC OR LATINO ORIGIN | | | | | |
| White alone | 17,085 | +/-203 | 3,015 | +/-587 | 17.6% |
| Black or African American alone | 4,428 | +/-268 | 1,213 | +/-401 | 27.4% |
| American Indian and Alaska Native alone | 58 | +/-50 | 12 | +/-20 | 20.7% |
| Asian alone | 38 | +/-61 | 0 | +/-21 | 0.0% |
| Native Hawaiian and Other Pacific Islander alone | 50 | +/-78 | 0 | +/-21 | 0.0% |
| Some other race alone | 95 | +/-119 | 76 | +/-115 | 80.0% |
| Two or more races | 376 | +/-199 | 195 | +/-161 | 51.9% |
| | | | | | |
| Hispanic or Latino origin (of any race) | 625 | +/-42 | 369 | +/-105 | 59.0% |
| White alone, not Hispanic or Latino | 16,655 | +/-162 | 2,794 | +/-569 | 16.8% |
| | | | | | |
| EDUCATIONAL ATTAINMENT | | | | | |
| Population 25 years and over | 15,320 | +/-166 | 2,696 | +/-458 | 17.6% |
| Less than high school graduate | 3,645 | +/-420 | 1,268 | +/-275 | 34.8% |

| Subject | Total | | Below poverty level | | Percent below poverty level |
|---|---|---|---|---|---|
| | Estimate | Margin of Error | Estimate | Margin of Error | Estimate |
| High school graduate (includes equivalency) | 5,464 | +/-466 | 860 | +/-254 | 15.7% |
| Some college, associate's degree | 3,896 | +/-394 | 414 | +/-142 | 10.6% |
| Bachelor's degree or higher | 2,315 | +/-372 | 154 | +/-102 | 6.7% |
| | | | | | |
| EMPLOYMENT STATUS | | | | | |
| Civilian labor force 16 years and over | 9,527 | +/-440 | 1,013 | +/-252 | 10.6% |
| Employed | 8,564 | +/-448 | 688 | +/-196 | 8.0% |
| Male | 4,432 | +/-312 | 300 | +/-111 | 6.8% |
| Female | 4,132 | +/-281 | 388 | +/-145 | 9.4% |
| Unemployed | 963 | +/-214 | 325 | +/-128 | 33.7% |
| Male | 528 | +/-161 | 141 | +/-79 | 26.7% |
| Female | 435 | +/-137 | 184 | +/-92 | 42.3% |
| | | | | | |
| WORK EXPERIENCE | | | | | |
| Population 16 years and over | 17,678 | +/-156 | 3,148 | +/-514 | 17.8% |
| Worked full-time, year-round in the past 12 months | 6,497 | +/-416 | 227 | +/-94 | 3.5% |
| Worked part-time or part-year in the past 12 months | 2,951 | +/-316 | 601 | +/-189 | 20.4% |
| Did not work | 8,230 | +/-448 | 2,320 | +/-393 | 28.2% |
| | | | | | |
| ALL INDIVIDUALS WITH INCOME BELOW THE FOLLOWING POVERTY RATIOS | | | | | |
| 50 percent of poverty level | 2,024 | +/-539 | (X) | (X) | (X) |
| 125 percent of poverty level | 6,021 | +/-747 | (X) | (X) | (X) |
| 150 percent of poverty level | 7,074 | +/-797 | (X) | (X) | (X) |
| 185 percent of poverty level | 8,780 | +/-735 | (X) | (X) | (X) |
| 200 percent of poverty level | 9,453 | +/-761 | (X) | (X) | (X) |
| 300 percent of poverty level | 14,802 | +/-731 | (X) | (X) | (X) |
| 400 percent of poverty level | 18,074 | +/-645 | (X) | (X) | (X) |
| 500 percent of poverty level | 19,856 | +/-473 | (X) | (X) | (X) |
| | | | | | |
| UNRELATED INDIVIDUALS FOR WHOM POVERTY STATUS IS DETERMINED | 3,681 | +/-449 | 1,185 | +/-223 | 32.2% |
| Male | 1,772 | +/-300 | 508 | +/-139 | 28.7% |
| Female | 1,909 | +/-290 | 677 | +/-186 | 35.5% |
| | | | | | |
| 15 years | 0 | +/-21 | 0 | +/-21 | - |
| 16 to 17 years | 5 | +/-10 | 5 | +/-10 | 100.0% |
| 18 to 24 years | 295 | +/-118 | 141 | +/-77 | 47.8% |
| 25 to 34 years | 314 | +/-113 | 107 | +/-77 | 34.1% |
| 35 to 44 years | 507 | +/-252 | 101 | +/-79 | 19.9% |
| 45 to 54 years | 518 | +/-126 | 173 | +/-79 | 33.4% |
| 55 to 64 years | 729 | +/-157 | 232 | +/-86 | 31.8% |
| 65 to 74 years | 617 | +/-147 | 134 | +/-66 | 21.7% |
| 75 years and over | 696 | +/-126 | 292 | +/-115 | 42.0% |
| | | | | | |
| Mean income deficit for unrelated individuals (dollars) | 5,684 | +/-714 | (X) | (X) | (X) |
| | | | | | |
| Worked full-time, year-round in the past 12 months | 1,159 | +/-324 | 39 | +/-32 | 3.4% |
| Worked less than full-time, year-round in the past 12 months | 444 | +/-113 | 193 | +/-85 | 43.5% |
| Did not work | 2,078 | +/-302 | 953 | +/-199 | 45.9% |

| Subject | Randolph County, Alabama |
|---|---|
| | **Percent below poverty level** |
| | **Margin of Error** |
| Population for whom poverty status is determined | +/-3.4 |
| AGE | |
| Under 18 years | +/-6.7 |
| Under 5 years | +/-10.0 |
| 5 to 17 years | +/-6.9 |
| Related children of householder under 18 years | +/-6.7 |
| 18 to 64 years | +/-3.4 |
| 18 to 34 years | +/-5.3 |
| 35 to 64 years | +/-3.8 |
| 60 years and over | +/-3.4 |
| 65 years and over | +/-4.0 |
| | |
| SEX | |
| Male | +/-3.1 |
| Female | +/-4.3 |
| | |
| RACE AND HISPANIC OR LATINO ORIGIN | |
| White alone | +/-3.4 |
| Black or African American alone | +/-8.9 |
| American Indian and Alaska Native alone | +/-39.5 |
| Asian alone | +/-46.2 |
| Native Hawaiian and Other Pacific Islander alone | +/-40.3 |
| Some other race alone | +/-48.1 |
| Two or more races | +/-26.1 |
| | |
| Hispanic or Latino origin (of any race) | +/-16.5 |
| White alone, not Hispanic or Latino | +/-3.4 |
| | |
| EDUCATIONAL ATTAINMENT | |
| Population 25 years and over | +/-3.0 |
| Less than high school graduate | +/-6.4 |
| High school graduate (includes equivalency) | +/-4.4 |
| Some college, associate's degree | +/-3.5 |
| Bachelor's degree or higher | +/-4.3 |
| | |
| EMPLOYMENT STATUS | |
| Civilian labor force 16 years and over | +/-2.7 |
| Employed | +/-2.3 |
| Male | +/-2.4 |
| Female | +/-3.5 |
| Unemployed | +/-11.5 |
| Male | +/-13.6 |
| Female | +/-17.8 |
| | |
| WORK EXPERIENCE | |
| Population 16 years and over | +/-2.9 |
| Worked full-time, year-round in the past 12 months | +/-1.5 |
| Worked part-time or part-year in the past 12 months | +/-6.0 |
| Did not work | +/-4.1 |
| | |
| ALL INDIVIDUALS WITH INCOME BELOW THE FOLLOWING POVERTY RATIOS | |
| 50 percent of poverty level | (X) |
| 125 percent of poverty level | (X) |
| 150 percent of poverty level | (X) |
| 185 percent of poverty level | (X) |

05/13/2017

| Subject | Randolph County, Alabama |
|---|---|
| | **Percent below poverty level** |
| | **Margin of Error** |
| 200 percent of poverty level | (X) |
| 300 percent of poverty level | (X) |
| 400 percent of poverty level | (X) |
| 500 percent of poverty level | (X) |
| | |
| UNRELATED INDIVIDUALS FOR WHOM POVERTY STATUS IS DETERMINED | +/-5.8 |
| Male | +/-7.7 |
| Female | +/-9.0 |
| | |
| 15 years | ** |
| 16 to 17 years | +/-100.0 |
| 18 to 24 years | +/-24.7 |
| 25 to 34 years | +/-22.4 |
| 35 to 44 years | +/-15.8 |
| 45 to 54 years | +/-13.0 |
| 55 to 64 years | +/-10.8 |
| 65 to 74 years | +/-9.6 |
| 75 years and over | +/-12.8 |
| | |
| Mean income deficit for unrelated individuals (dollars) | (X) |
| | |
| Worked full-time, year-round in the past 12 months | +/-2.9 |
| Worked less than full-time, year-round in the past 12 months | +/-17.3 |
| Did not work | +/-7.6 |

Data are based on a sample and are subject to sampling variability. The degree of uncertainty for an estimate arising from sampling variability is represented through the use of a margin of error. The value shown here is the 90 percent margin of error. The margin of error can be interpreted roughly as providing a 90 percent probability that the interval defined by the estimate minus the margin of error and the estimate plus the margin of error (the lower and upper confidence bounds) contains the true value. In addition to sampling variability, the ACS estimates are subject to nonsampling error (for a discussion of nonsampling variability, see Accuracy of the Data). The effect of nonsampling error is not represented in these tables.

While the 2011-2015 American Community Survey (ACS) data generally reflect the February 2013 Office of Management and Budget (OMB) definitions of metropolitan and micropolitan statistical areas; in certain instances the names, codes, and boundaries of the principal cities shown in ACS tables may differ from the OMB definitions due to differences in the effective dates of the geographic entities.

Estimates of urban and rural population, housing units, and characteristics reflect boundaries of urban areas defined based on Census 2010 data. As a result, data for urban and rural areas from the ACS do not necessarily reflect the results of ongoing urbanization.

Source: U.S. Census Bureau, 2011-2015 American Community Survey 5-Year Estimates

Explanation of Symbols:

1. An '**' entry in the margin of error column indicates that either no sample observations or too few sample observations were available to compute a standard error and thus the margin of error. A statistical test is not appropriate.
2. An '-' entry in the estimate column indicates that either no sample observations or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest interval or upper interval of an open-ended distribution.
3. An '-' following a median estimate means the median falls in the lowest interval of an open-ended distribution.
4. An '+' following a median estimate means the median falls in the upper interval of an open-ended distribution.
5. An '***' entry in the margin of error column indicates that the median falls in the lowest interval or upper interval of an open-ended distribution. A statistical test is not appropriate.
6. An '*****' entry in the margin of error column indicates that the estimate is controlled. A statistical test for sampling variability is not appropriate.
7. An 'N' entry in the estimate and margin of error columns indicates that data for this geographic area cannot be displayed because the number of sample cases is too small.
8. An '(X)' means that the estimate is not applicable or not available.