# EXHIBIT SS

**To Declaration of Micah West in Support of
Motion for Preliminary Injunction
& Motion for Class Certification**

ALABAMA JUDICIAL INFORMATION SYSTEM      DC17-424

* * * IN THE DISTRICT COURT OF RANDOLPH COUNTY * * *

AGENCY NUMBER:                          WARRANT NUMBER: WR 2017 000337.00
                                        OTHER CASE NBR: 170516835

C O M P L A I N T

BEFORE ME THE UNDERSIGNED JUDGE/CLERK/MAGISTRATE OF THE DISTRICT COURT OF
RANDOLPH COUNTY, ALABAMA, PERSONALLY APPEARED   DONNIE STRAIN
WHO BEING DULY SWORN DEPOSES AND SAYS THAT HE/SHE HAS PROBABLE CAUSE FOR
BELIEVING, AND DOES BELIEVE THAT    KANDACE KAY EDWARDS           DEFENDANT,
WHOSE NAME IS OTHERWISE UNKNOWN TO THE COMPLAINANT, DID WITHIN THE ABOVE
NAMED COUNTY AND

DID ON OR ABOUT __5/16/2017_____, WITH INTENT TO DEFRAUD, POSSESS OR
UTTER A FORGED INSTRUMENT AS FOLLOWS: CHECK# 1561 DRAWN ON SMALLTOWN
_BANK IN THE AMOUNT OF $75.00_

HAVING KNOWLEDGE THAT SAID INSTRUMENT WAS FORGED,
IN VIOLATION OF 13A-009-006                               OF THE CODE OF ALABAMA,
AGAINST THE PEACE AND DIGNITY OF THE STATE OF ALABAMA.

                                              _____
                                              COMPLAINANT'S SIGNATURE

SWORN TO AND SUBSCRIBED BEFORE ME THIS THE 17 DAY OF MAY, 2017.

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

CHARGES: POSS FORGED INSTR 2N   13A-009-006           F  FELONY

WITNESS FOR THE STATE

DONNIE STRAIN/RCSO//00000

TAMMY LAMERLE BROWN/559 RHETT CIRCLE/ROANOKE/36274

OPERATOR: JIP    DATE: 05/17/2017

RECEIVED IN OFFICE

MAY 17 2017

DAVID COFIELD, SHERIFF
RANDOLPH COUNTY

DC17-424

# WARRANT

STATE OF ALABAMA         RANDOLPH COUNTY         DISTRICT COURT

AGENCY NUMBER:                    WARRANT NUMBER: WR 2017 000337.00
                                  OTHER CASE NBR:

TO ANY LAWFUL OFFICER OF THE STATE OF ALABAMA:

YOU ARE HEREBY COMMANDED TO ARREST   KANDACE KAY EDWARDS   AND BRING HIM/HER BEFORE THE DISTRICT COURT OF RANDOLPH COUNTY TO ANSWER THE STATE OF ALABAMA ON A CHARGE(S) OF:
        POSS FORGED INSTR 2N   CLASS: C   TYPE: F   COUNTS: 001
AND HAVE YOU THEN AND THERE THIS WRIT WITH YOUR RETURN THEREON.

YOU WILL RECEIVE UNTO YOUR CUSTODY AND DETAIN HIM/HER UNTIL THE
_____ DAY OF _____ _____, OR UNTIL LEGALLY DISCHARGED.

DATED THIS 17 DAY OF MAY, 2017.

BOND SET AT: (1) _____    BOND TYPE:
             (2) _____
             (3) _____

_____
JUDGE/CLERK/MAGISTRATE OF DISTRICT COURT

---

CHARGES: POSS FORGED INSTR 2N   13A-009-006         F FELONY

---

NAME: KANDACE KAY EDWARDS              ALIAS:
ADDRESS: 1431 GURNEE AVE               ALIAS:
ADDRESS:
CITY: ANNISTON         STATE: AL       ZIP: 36201 0000
                                       PHONE: 000 000 0000 EXT: 000

EMPLOYMENT:
DOB: ▮▮▮▮1987   RACE: W   SEX: F   HAIR: BRO
EYE: HZL   HEIGHT: 5'04"   WEIGHT: 160
SID: 000000000   SSN: ▮▮▮▮9173   DL NUM: I067389

---

## EXECUTION

EXECUTED THE WITHIN WARRANT BY ARRESTING THE DEFENDANT AND

( ✓ )   PLACING DEFENDANT IN THE RANDOLPH COUNTY JAIL

(   )   RELEASING DEFENDANT ON APPEARANCE BOND


THIS ___17___ DAY OF __May_____ 2017

           David Cofield
           SHERIFF

           _____
           BY

---

COMPLAINANT: DONNIE STRAIN
             RCSO

             00000

OPERATOR: JIP       DATE: 05/17/2017