DECLARATION OF BRANDON J. BUSKEY

I, Brandon J. Buskey, hereby declare under penalty of perjury:

1. I am a Senior Staff Attorney with the Criminal Law Reform Project ("CLRP") at the American Civil Liberties Union Foundation ("ACLU"), where I have worked full time since 2012. I am one of the attorneys for the named Plaintiffs and the putative Class members in this case. I submit this Declaration in support of the motion for class certification.

2. I was first licensed in 2007 and have continuously practiced law since that time. A copy of my current resume is attached.

3. My colleague and co-counsel Randall C. Marshall was first licensed in 1982 and has practiced law continuously since that time. He is currently the Legal Director for the American Civil Liberties Union of Alabama. A copy of his current resume is attached. He has been counsel of record in numerous class actions, including most recently, *Hunter v. Perdue*, No. 2:16cv798 (M.D. Ala.), and *Strawser v. Strange*, No. 1:14-cv-424 (S.D. Ala.).

4. I have been lead counsel of record in two class actions: *Burks v. Scott County*, No. 3:14-cv-745-HTW-LRA (S.D. Miss.) and *Yarls v. Bunton*, No. 3:16-cv-31-JJB-RLB (M.D. La.).

5. CLRP has developed substantial experience related to the constitutionality of bail procedures. *Burks*, referenced above, included a challenge to a Mississippi judicial circuit's system of wealth-based, pretrial detention without counsel for felony arrestees. We recently reached a settlement with the judges and counties of the circuit that, if approved by the federal district court, would end this practice. Last year, I lead a successful effort in Birmingham, Alabama, to ensure prompt, individualized hearings with counsel for all felony arrestees. We accomplished reform by collaborating with local judges, the district attorney, and the public defender. CLRP also coordinates with and advises ACLU affiliate offices on potential bail reform and litigation efforts in states such as Oklahoma, Texas, Florida, and Louisiana.

1

6. The ACLU, along with CRC and SPLC, has spent substantial time and effort to investigate this case and to understand how the Randolph County court functions. This includes working with co-counsel to review jail records and court case files; notes of interviews with individuals detained under the bail system in Randolph County, and notes of interviews with court officials about their bail practices. Our preparation has also included substantial research on Alabama's constitutional and statutory protections for pretrial liberty

7. The ACLU, in conjunction with the Civil Rights Corps and Southern Poverty Law Center, has sufficient funds available to litigate this case. Plaintiffs' counsel have paid for all costs associated with this litigation to date, and will continue to do so.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of May, 2017.

*[Signature]*
Brandon J. Buskey
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 284-7364
Email: bbuskey@aclu.org

**BRANDON BUSKEY**
125 Broad Street, 18th FL, New York, NY 10004; Phone: 212-284-7364; Email: bbuskey@gmail.com

**EDUCATION**

**NEW YORK UNIVERSITY SCHOOL OF LAW**, New York, New York
J.D., *Cum Laude*, May 2006
Honors:   Root-Tilden-Kern Scholarship – *Selected for public service, academic merit, and leadership*
          An-Bryce Scholarship – *Full tuition scholarship for 1st generation graduate students*
          Christian Jarecki Memorial Prize – *For outstanding clinical achievement*
          Moot Court Board Staff Member – *Selected to Nationals Competition by Board*
          Law School Commencement Speaker

**NORTH CAROLINA STATE UNIVERSITY**, Raleigh, North Carolina
B.A. in Psychology with Honors, French Minor, May 2002.
Honors:   Valedictorian, Phi Beta Kappa, Phi Kappa Phi
          Harry S. Truman Scholarship **–** *Graduate scholarship for exceptional commitment to public service*
          Park Scholar – *Full scholarship based on leadership, scholarship, and service*

**EXPERIENCE**

**AMERICAN CIVIL LIBERTIES UNION – CRIMINAL LAW REFORM PROJECT**, New York, NY
*Senioor Staff Attorney*, September 2012 – Present
Coordinate project's litigation on bail and right to counsel reform. Pursue impact litigation and advocacy on issues including juvenile sentencing, police practices, and prosecutorial misconduct.

**NEW YORK STATE ATTORNEY GENERAL'S OFFICE - CIVIL RIGHTS BUREAU**, New York, NY
*Assistant Attorney General*, September 2011 - July 2012
Litigate civil rights cases in employment, education, and police misconduct; member of human trafficking work group

**THE EQUAL JUSTICE INITIATIVE**, Montgomery, Alabama
*Staff Attorney*, July 2008-August 2011**;** *Legal Fellow*, September 2007-July 2008
Represented death row inmates and children sentenced to life without parole.

**HON. JANET C. HALL, U.S. DISTRICT COURT, DISTRICT OF CONNECTICUT**, Bridgeport, Connecticut
*Law Clerk*, June 2006 – June 2007

**JUVENILE/CRIMINAL DEFENSE CLINIC**, NYU School of Law, New York, New York
*Clinical Student,* August 2005 – May 2006
Provided case support for juvenile and adult clients at the Legal Aid Society; received extensive trial training

**THE DEFENDER ASSOCIATION**, Seattle, Washington
*Legal Intern and Special Assistant to Director Bob Boruchowitz,* June 2005 – August 2005
Conducted two misdemeanor jury trials and one oral argument under student practice rule.

**BRENNAN CENTER PUBLIC POLICY ADVOCACY CLINIC**, NYU School of Law, New York, New York
*Criminal Justice Institute Intern*, August 2004 – May 2005
Wrote reports and developed surveys evaluating community defense programs.

**CAPITAL APPEALS PROJECT**, New Orleans, Louisiana
*Legal Intern,* May 2004 – August 2004
Drafted pretrial writs and motions for capital trial. Drafted sections of briefs in death penalty appeals.

**RANDALL C. MARSHALL**
ACLU of Alabama Foundation, Inc.
P.O. Box 6179
Montgomery, AL 36106-0179
rmarshall@aclualabama.org

**Education:**

University of Colorado School of Law. Boulder, Colorado.
Juris Doctor, 1982. Order of the Coif.
Outstanding Achievements Award, Legal Aid & Defender Program, 1982.
Chair, Board of Directors, Legal Aid & Defender Program, 1981-82.
American Jurisprudence Award, professional responsibility, 1982.

University of Northern Colorado. Greeley, Colorado.
Master of Arts, 1975, mathematics.
Colorado Scholars' Program, 1973-74.
Student-body president, 1973-74.
Bachelor of Arts, 1973. Majors: mathematics and sociology.
Outstanding Senior Award 1973.
Who's Who in American Universities & Colleges 1973.
National Student Register 1973-74.
Lambda Sigma Tau – math/science honorary – 1973.


**Employment:**

Acting Executive Director, American Civil Liberties Union of Alabama. December 2016 – present.

Manage daily operations of the office; serve as primary spokesperson for the affiliate; ensure financial operations of the affiliate; provide outreach to the public on civil liberties matters; collaborate with other organizations and groups on common goals; hire and supervise staff; increase financial support through fundraising efforts; implement legislative, legal and public education programs to achieve the affiliate's mission.

Legal Director, American Civil Liberties Union of Alabama. June 2013 – present.

Supervise and oversee all ACLU litigation in Alabama; participate in litigation; recruit and work with ACLU cooperating attorneys; oversee the legal intake department; coordinate with the National ACLU Legal Department.

Legal Director, American Civil Liberties Union of Florida. August 2000 – May 2013.

Supervise and oversee all ACLU litigation in Florida; participate in litigation; manage Legal Department (varied from 6-11 attorneys, 1.5 legal assistants, 2 advocacy

RANDALL C. MARSHALL
Page 2

>coordinators); recruit and work with ACLU cooperating attorneys; oversee the legal intake department which receives thousands of complaints a year; coordinate with the National ACLU Legal Department.

Assistant Attorney General, State of Florida. June 1999 – August 2000.

>Litigation practice representing the State of Florida and State employees, primarily in 42 U.S.C. §1983 actions. Practice in state and federal courts.

Assistant City Solicitor, City of Pittsburgh, Pennsylvania. February 1997 – June 1999.

>Litigation practice representing the City in civil rights actions, including employment litigation. Practice in state and federal trial and appellate courts.

Private practice. January 1996 – November 1997.

>Federal litigation practice with emphasis on employment and civil rights.

Senior Attorney, Advocates for Basic Legal Equality, Toledo, Ohio. August 1992 – December 1995; May 1987 – December 1990 (on leave, October 1989 – August 1990).

>Federal litigation practice with emphasis on civil rights and employment, both in Migrant Farm Worker Unit and Special Litigation Unit. Class action, TRO and appellate experience.

Visiting Professor of Law, The Thomas M. Cooley Law School, Lansing, Michigan. January 1991 – August 1992; October 1989 – August 1990.

>Supervised law students in provision of legal services through law school's clinic, Sixty Plus Law Center. Taught academic component emphasizing legal practice skills. Managed federal impact litigation at Sixty Plus.

Attorney, Texas Rural Legal Aid, Farm Worker Division, Hereford, Texas. 1982-87.

>Federal litigation practice with emphasis on employment and civil rights. Experience with class actions, multiple party litigation, extraordinary relief and federal appellate work.

Research and writing assistant, Center for Labor Education and Research, Boulder, Colorado. 1981-82.

>Research and writing assistant to director, a labor arbitrator and professor of law. Attended arbitration hearings, performed research and drafted arbitration decisions.

Law clerk, Boulder County Legal Services, Boulder, Colorado. 1980-81.

RANDALL C. MARSHALL
Page 3

Law clerk, U.S. Attorney's Office, Civil Division, Denver, Colorado. Summer 1980.

Peace Corps Volunteer – Kenya. 1976-78. Mathematics teacher.

**Continuing Legal Education Courses Taught / Legal Presentations:**

Keynote Speaker on public service: Auburn University Department of Political Science Awards Ceremony & Dinner, March 2017

Panelist: The Wonderful World of Cooperating Attorneys – ACLU Nationwide Staff Conference, April 2014

Presenter: Impact Litigation, Public Interest Lawyering class, University of Alabama School of Law, February 2014

Panelist: Managing and Operating an ACLU Legal Program – ACLU Nationwide Staff Conference, January 2012

Presenter: Attorney Fees: Ideas from Other Fee Shifting Statutes, Workers' Injury Law & Advocacy Group ("WILG") 2010 Conference, November 2010

Presenter: ACLU in the Courts – Key West lawyer's luncheon, October 2009

Presenter: Student Rights; Miami-Dade County Student Government Association Student Rights Conference, April 2007

Presenter: Importance of Teaching the First Amendment in Public Schools; "Your First Amendment is Showing" project – Miami-Dade County Public Schools, November 2006

Presenter: CLE – Providing Access to Teen Health: Representation of Minors in Judicial Bypass Hearings and Appeals, ACLU Lawyer's Conference, Miami Beach, July 2006.

Presenter: "Better Preparing Teen Clients for a Judicial Bypass Hearing" – National Abortion Federation Annual Meeting, San Francisco, April 2006.

Presenter: "First What? A Look at *Nike v. Kasky* and Public Relations Practice" – University of Miami School of Communication, March 2006.

Presenter: Medical Records and Florida's Right to Privacy: Rush Limbaugh (a case study); ACLU - New Mexico Data Privacy Conference, August 2004.

Presenter: Pre-Law Lecture Series (ethics and the right of privacy), Office of Undergraduate Career Options Counseling and Honors Program, School of Business Administration, University of Miami, February 2004.

RANDALL C. MARSHALL
Page 4

> Presenter: CLE – Balancing Freedom, Order, and Equality – joint program of the Hillsborough County Bar's Gender, Ethnic, and Racial Equality Committee, the George Edgecomb Bar Association, the Hillsborough Association for Women Lawyers, and the Tampa Bay Chapter of the Federal Bar association, January 2002.
>
> Presenter: Civil Liberties and National Security – Symposium: Preserving Democracy in the Age of Global Terrorism, Lynn University, October 2001.
>
> Presenter: Restoring Civil Rights of Felons, National Consortium of Task Forces and Commissions on Racial and Ethnic Bias in the Courts, 2001 Conference: The Experiences of Minority Women and Children in the Justice System. May 2001.
>
> Trainer, Basic Lawyering Skills Training, Toledo, Ohio, September 1995. Committee on Regional Training (Michigan, Ohio, West Virginia).
>
> Trainer, National Migrant Legal Services Training, Ft. Worth, Texas, March 1994. Migrant Legal Action Program.
>
> Employment Discrimination - Title VII and Section 1981, Basic Employment Law Seminar, Columbus, Ohio, October 1989. Ohio State Legal Services Association.
>
> Willfulness under the Fair Labor Standards Act, Experienced Attorneys' Conference, Washington, D.C., February 1989. Migrant Legal Action Program.

**Admitted to Practice:**

> United States Supreme Court
> United States Court of Appeals: Second, Third, Sixth and Eleventh Circuits
> United States District Courts:
> > Northern, Southern and Middle Districts of Alabama
> > Northern, Southern and Middle Districts of Florida
> > District of Columbia
> > Western District of Pennsylvania
> > Western District of Michigan
> > Northern District of Ohio
> > Northern District of Texas
> > District of Colorado
>
> States of Alabama, Colorado, Florida, Michigan, Ohio, Pennsylvania, and Texas

**Professional recognition:**

> Martindale-Hubbell Rating: AV (1999-present) http://www.martindale.com
>
> Finalist, *Daily Business Review* Most Effective Lawyers, 2012 – Public Interest category.

RANDALL C. MARSHALL
Page 5

Finalist, *Daily Business Review* Most Effective Lawyers, 2006 – Public Interest category.

South Florida Top Lawyers 2012, 2013, 2014.

**Expert testimony – attorney's fees:**

*Dunn v. Dunn*, No. 2:14-cv-00601-MHT-TFM (M.D. Ala., August 2016) (as to reasonableness of class action settlement of fees) (by declaration)

*Arcia v. Florida Secretary of State*, No. 12-15738 (11th Cir., November 2014), No. 1:12-cv-22282 (S.D. Fla., March 2015) (as to reasonable hourly rates in S.D. Fla.) (by declaration)

*IMS Health Incorporated v. Ayotte*, No. 06-CV-280-PB (D. N.H., June 2007) (as to reasonable hourly rate for fees in S.D. Fla.) (by declaration)

*Davis v. Bank of America*, No. 05-80806 (S.D. Fla., May 2006) (as to reasonableness of class action settlement and fee award) (by declaration)

**Reported Cases:**

**First Amendment:**

*Martin v. Houston*, 196 F.Supp.3d 1258 (M.D. Ala. 2016)

*Martin v. Houston*, 176 F.Supp.3d 1286 (M.D. Ala. 2016)

*Wollschlaeger v. Governor of Florida*, 760 F.3d 1195 (11th Cir.), *vacated and new opinion issued*, 797 F.3d 859 (11th Cir.), *vacated and new opinion substituted*, 814 F.3d 1159 (11th Cir. 2015), *rehearing en banc granted, opinion vacated*, 649 Fed.Appx. 647, 2016 WL 2959373 (11th Cir.), *aff'd in part, rev'd in part*, 848 F.3d 1293 (11th Cir. 2017)

*Eternal World Television Network, Inc. v. Burwell*, 26 F.Supp.3d 1228 (S.D. Ala. 2014)

*City of Fort Lauderdale v. Chuanwen Wang*, 115 So.3d 1060 (Fla. 4th DCA 2013)

*Prison Legal News v. Geo Group, Inc.*, 920 F.Supp.2d 1270 (N.D. Fla. 2013)

*In re Amendments to Rules Regulating the Florida Bar - Subchapter 4-7, Lawyer Advertising Rules*, 108 So.3d 609 (Fla. 2013)

*State of Florida v. Catalano*, 104 So.3d 1069 (Fla. 2012)

*American Civil Liberties Union of Florida, Inc. v. Dixie County, Fla.*, 690 F.3d 1244 (11th Cir. 2012)

*Towbin v. Antonacci*, 287 F.R.D. 672 (S.D. Fla. 2012)

*Towbin v. Antonacci*, 885 F.Supp.2d 1274 (S.D. Fla. 2012)

*League of Women Voters of Florida v. Browning*, 863 F.Supp.2d 1155 (N.D. Fla. 2012)

*American Civil Liberties Union of Florida Inc. v. Dixie County Fla.*, 828 F.Supp.2d 1307 (N.D. Fla. 2011), *rev'd and remanded*, 690 F.3d 1244 (11th Cir. 2012)

*Wollschlaeger v. Farmer*, 814 F.Supp.2d 1367 (S.D. Fla. 2011)

*American Civil Liberties Union of Florida Inc. v. Dixie County Fla.*, 797 F.Supp.2d 1280 (N.D. Fla. 2011)

*Forrest v. Citi Residential Lending, Inc.*, 73 So.3d 269 (Fla. 2d DCA 2011)

*Allen v. School Bd. for Santa Rosa County, Florida*, 787 F.Supp.2d 1293 (N.D. Fla. 2011)

*State v. Catalano*, 60 So.3d 1139 (Fla. 2d DCA 2011)

*Allen v. School Bd. for Santa Rosa County, Fla.*, 782 F.Supp.2d 1304 (N.D. Fla. 2011)

*Stelmack v. State*, 58 So.3d 874 (Fla. 2d DCA 2010)

*Faculty Senate of Florida Intern. University v. Winn*, 616 F.3d 1206 (11th Cir. 2010), *cert. denied*, 133 S.Ct. 21 (2012)

*First Vagabonds Church of God v. City of Orlando, Fla.*, 610 F.3d 1274 (11th Cir. 2010), *vacated*, 616 F.3d 1229 (11th Cir. 2010), district court's judgment affirmed in part and reversed in part, and permanent injunction vacated; portion of panel opinion reinstated, 638 F.3d 756 (11th Cir. 2011) (*en banc*)

*Doe ex rel. Doe v. School Board for Santa Rosa County, Fla.*, 711 F.Supp.2d 1320 (N.D. Fla. 2010)

*Doe ex rel. Doe v. School Bd. for Santa Rosa County, Fla.,* 711 F.Supp.2d 1325 (N.D. Fla. 2010)

*Brayshaw v. City of Tallahassee, Fla.,* 709 F.Supp.2d 1244 (N.D. Fla. 2010)

*Gagliardo v. Branam Children*, 32 So.3d 673 (Fla. 3rd DCA 2010)

RANDALL C. MARSHALL
Page 7

*Minor I Doe v. School Board for Santa Rosa County, Florida*, 264 F.R.D. 670 (N.D. Fla. 2010)

*Evans v. Bayer*, 684 F.Supp.2d 1365 (S.D. Fla. 2010)

*Complete Angler, LLC v. City of Clearwater, Fla.*, 607 F.Supp.2d 1326 (M.D. Fla. 2009)

*American Civil Liberties Union of Florida, Inc. v. Miami-Dade County School Bd.*, 557 F.3d 1177 (11th Cir.), *cert. denied*, 558 U.S. 1023 (2009)

*Gay-Straight Alliance of Yulee High School v. School Bd. of Nassau County*, 602 F.Supp.2d 1233 (M.D. Fla. 2009)

*Faculty Senate of Florida Intern. University v. Roberts*, 574 F.Supp.2d 1331 (S.D. Fla. 2008), rev'd *sub nom Faculty Senate of Florida Intern. University v. Winn*, 616 F.3d 1206 (11th Cir. 2010)

*Frazier v. Winn*, 535 F.3d 1279 (11th Cir. 2008), *rehearing denied*, 555 F.3d 1292 (11th Cir.), *cert. denied sub nom Frazier v. Smith*, 558 U.S. 818 (2009)

*American Civil Liberties Union of Florida, Inc., v. Dixie County, Florida*, 570 F.Supp.2d 1378 (N.D. Fla. 2008)

*Gillman v. School Bd. for Holmes County, Fla.*, 567 F.Supp.2d 1359 (N.D. Fla. 2008)

*Faculty Senate of Florida Intern. University v. Winn*, 477 F.Supp.2d 1198 (S.D. Fla. 2007)

*American Civil Liberties Union of Florida, Inc., v. Miami-Dade County School Board*, 439 F.Supp.2d 1242 (S.D. Fla. 2006), *rev'd*, 557 F.3d 1177 (11th Cir.), *cert. denied*, 558 U.S. 1023 (2009)

*Frazier v. Alexandre*, 434 F.Supp.2d 1350 (S.D. Fla. 2006), *aff'd in part, rev'd in part sub nom Frazier v. Winn*, 535 F.3d 1279 (11th Cir. 2008), *rehearing denied*, 555 F.3d 1292 (11th Cir.)**,** *cert. denied sub nom Frazier v. Smith*, 558 U.S. 818 (2009)

*Cooper v. Dillon*, 403 F.3d 1208 (11th Cir. 2005)

*Wyner v. Struhs*, 254 F.Supp.2d 1297 (S.D. Fla. 2003)

**Fourth Amendment**:

*Lebron v. Secretary, Florida Dept. of Children and Families*, 772 F.3d 1352 (11th Cir. 2014)

RANDALL C. MARSHALL
Page 8

*Lebron v. Wilkins*, 990 F.Supp.2d 1280 (M.D. Fla. 2013)

*American Federation of State, County and Mun. Employees Council 79 v. Scott*, 717 F.3d 851 (11th Cir. 2013), *cert. denied*, 134 S. Ct. 1877 (2014)

*Lebron v. Secretary, Florida Dept. of Children and Families*, 710 F.3d 1202 (11th Cir. 2013)

*American Federation of State County and Mun. Employees (AFSCME) Council 79 v. Scott*, 857 F.Supp.2d 1322 (S.D. Fla. 2012)

*American Federation of State, County and Mun. Employees (AFSCME) Council 79 v. Scott*, 278 F.R.D. 664 (S.D. Fla. 2011)

*Lebron v. Wilkins*, 277 F.R.D. 664 (M.D. Fla. 2011)

*Lebron v. Wilkins*, 277 F.R.D. 466 (M.D. Fla. 2011)

*American Federation of State, County and Mun. Employees (AFSCME) Council 79 v. Scott*, 277 F.R.D. 474 (S.D. Fla. 2011)

*Lebron v. Wilkins*, 820 F.Supp.2d 1273 (M.D. Fla. 2011), *aff'd*, 710 F.3d 1202 (11th Cir. 2013)

*Johnston v. Tampa Sports Authority*, 530 F.3d 1320 (11th Cir. 2008)

*Johnston v. Tampa Sports Authority*, 490 F.3d 820 (11th Cir. 2007), *vacated*, 530 F.3d 1320 (11th Cir. 2008)

*Johnston v. Tampa Sports Authority*, 442 F.Supp.2d 1257 (M.D. Fla. 2006), *rev'd*, 490 F.3d 820 (11th Cir. 2007)

*Tampa Sports Authority v. Johnston*, 914 So.2d 1076 (Fla. 2d DCA 2005)

*Limbaugh v. State*, 887 So.2d 387 (Fla. 4th DCA 2004)

**Elections / Voting Rights:**

*Mi Familia Vota Education Fund v. Detzner*, 891 F.Supp.2d 1326 (M.D. Fla. 2012)

*Florida v. U.S.*, 885 F.Supp.2d 299 (D.D.C. 2012)

*League of Women Voters of Florida v. Detzner*, 283 F.R.D. 687 (N.D. Fla. 2012)

RANDALL C. MARSHALL
Page 9

*Brown v. Secretary of State of Florida*, 668 F.3d 1271 (11th Cir. 2012)

*Florida v. U.S.*, 820 F.Supp.2d 85 (D.D.C. 2011)

*Ford v. Browning*, 992 So.2d 132 (Fla. 2008)

*Friedman v. Snipes*, 345 F.Supp.2d 1356 (S.D. Fla. 2004)

*American Civil Liberties Union of Florida, Inc. v. Hood*, 881 So.2d 664 (Fla. 1st DCA), *rev'd and quashed without opinion*, 888 So.2d 621 (Fla. 2004) (table), *receded from*, *Fla. Dept. of State v. Mangat*, 43 So.2d 642 (Fla. 2010)

*Wexler v. Lepore*, 878 So.2d 1276 (Fla. 4th DCA 2004)

*Florida Caucus of Black State Legislators, Inc. v. Crosby*, 877 So.2d 861 (Fla. 1st DCA 2004)

*Fladell v. Labarga*, 775 So.2d 987 (Fla. 4th DCA 2000)

*Harris v. Moore*, 752 So.2d 1241 (Fla. 4th DCA 2000) (trial court)

**Due Process**:

*Hagopian v. Justice Administrative Com'n*, 18 So.3d 625 (Fla. 2d DCA 2009)

*Al Najjar v. Ashcroft*, 186 F.Supp.2d 1235 (S.D. Fla. 2002)

*Al Najjar v. Ashcroft*, 273 F.3d 1330 (11th Cir. 2001)

*Kaehly v. City of Pittsburgh*, 988 F.Supp. 888 (W.D. Pa. 1997)

**Reproductive Freedom / Privacy:**

*West Alabama Women's Center v. Miller*, --- F.Supp.3d ---- 2016 WL 6395904 (M.D. Ala. Oct. 27, 2016)

*Reprod. Health Servs. v. Strange*, 204 F.Supp.3d 1300 (M.D. Ala. 2016)

*West Alabama Women's Center v. Miller*, 318 F.R.D. 143 (M.D. Ala. 2016)

*Planned Parenthood Southeast, Inc. v. Strange*, 172 F.Supp.3d 1275 (M.D. Ala. 2016)

*Planned Parenthood Southeast, Inc. v. Bentley*, 141 F.Supp.3d 1207 (M.D. Ala. 2015)

*West Alabama Women's Center v. Williamson*, 120 F.Supp.3d 1296 (M.D. Ala. 2015)

*Planned Parenthood Southeast, Inc. v. Strange*, 33 F.Supp.3d 1381 (M.D. Ala. 2014)

*Planned Parenthood Southeast, Inc. v. Strange*, 33 F.Supp.3d 1330 (M.D. Ala. 2014)

*Planned Parenthood Southeast, Inc. v. Strange*, 9 F.Supp.3d 1272 (M.D. Ala. 2014)

*Planned Parenthood Southeast, Inc. v. Bentley*, 951 F.Supp.2d 1280 (M.D. Ala. 2013)

*Burton v. State*, 49 So.3d 263 (Fla. 1st DCA 2010)

*In re Doe 07-B*, 973 So.2d 627 (Fla. 1st DCA 2008)

*In re Doe*, 973 So.2d 548 (Fla. 2d DCA), *rev. denied*, 975 So.2d 428 (Fla. 2008) (table)

*In re Doe*, 948 So.2d 30 (Fla. 1st DCA 2006)

*In re Doe*, 924 So.2d 935 (Fla. 1st DCA 2006)

*In re Doe*, 932 So.2d 278 (Fla. 2d DCA 2005)

*Schiavo ex rel. Schindler v. Schiavo*, 357 F.Supp.2d 1378 (M.D. Fla.), *aff'd*, 403 F.3d 1223 (11th Cir.), *reh'g en banc denied*, 403 F.3d 1261 (11th Cir.), *stay denied*, 544 U.S. 945, 125 S.Ct. 1692 (2005)

*Schiavo ex rel Schindler v. Schiavo*, 358 F.Supp.2d 1161 (M.D. Fla.), *aff'd*, 403 F.3d 1289 (11th Cir.), *reh'g denied*, 404 F.3d 1282 (11th Cir. 2005), *reh'g en banc denied*, 404 F.3d 1270 (11th Cir. 2005), *stay denied*, 544 U.S. 957, 125 S.Ct. 1722 (2005)

*Bush v. Schiavo*, 885 So.2d 321 (Fla. 2004)

*Bush v. Schiavo*, 871 So.2d 1012 (Fla. 2d DCA 2004)

*Schindler v. Schiavo*, 866 So.2d 140 (Fla. 2d DCA 2004)

*Bush v. Schiavo*, 866 So.2d 136 (Fla. 2d DCA 2004)

*North Florida Women's Health and Counseling Services, Inc. v. State*, 866 So.2d 612 (Fla. 2003)

*In re Guardianship of J.D.S.*, 864 So.2d 534 (Fla. 5th DCA 2004)

*Bush v. Schiavo*, 861 So.2d 506 (Fla. 2d DCA 2003)

*G.P. v. State of Florida*, 842 So.2d 1059 (Fla. 4th DCA 2003)

**LGBT Rights**:

*Strawser v. Strange*, 190 F.Supp.3d 1078 (S.D. Ala. 2016)

*Strawser v. Strange*, 307 F.R.D. 604 (S.D. Ala. 2015)

*Strawser v. Strange*, 105 F.Supp.3d 1323 (S.D. Ala. 2015), *summarily affirmed*, No. 15-12508 (11th Cir. Oct. 20, 2015)

*Strawser v. Strange*, 100 F.Supp.3d 1285 (S.D. Ala. 2015)

*Strawser v. Strange*, 100 F.Supp.3d 1276 (S.D. Ala. 2015)

*Ex parte State ex rel. Alabama Policy Institute*, 200 So.3d 495 (Ala. 2015)

*Strawser v. Strange*, 44 F.Supp.3d 1206 (S.D. Ala. 2015)

*D.M.T. v. T.M.H.*, 129 So.3d 320 (Fla. 2013)

*Gay-Straight Alliance of Yulee High School v. School Board of Nassau County*, 602 F.Supp.2d 1233 (M.D. Fla. 2009)

*Gonzalez v. School Bd. of Okeechobee County*, 571 F.Supp.2d 1257 (S.D. Fla. 2008)

*Gonzalez v. School Bd. of Okeechobee County*, 250 F.R.D. 565 (S.D. Fla. 2008)

*Gay-Straight Alliance of Okeechobee High School v. School Bd. of Okeechobee County*, 242 F.R.D. 644 (S.D. Fla. 2007)

*Gay-Straight Alliance of Okeechobee High School v. School Bd. of Okeechobee County*, 483 F.Supp.2d 1224 (S.D. Fla. 2007)

*Gay-Straight Alliance of Okeechobee High School v. School Bd. of Okeechobee County*, 477 F.Supp.2d 1246 (S.D. Fla. 2007)

*Advisory Opinion To Attorney General re Florida Marriage Protection Amendment*, 926 So.2d 1229 (Fla. 2006)

*Lofton v. Secretary of Dept. of Children and Family*, 358 F.3d 804 (11th Cir. 2004)

*Lofton v. Kearney*, 157 F.Supp.2d 1372 (S.D. Fla. 2001)

RANDALL C. MARSHALL
Page 12

**Attorneys' Fees and Costs:**

*Martin v. Houston*, --- F.Supp.3d ---- 2016 WL 7426563 (M.D. Ala. Dec. 23, 2016)

*Strawser v. Strange*, 202 F.Supp.3d 1318 (S.D. Ala. 2016)

*Bivins v. Wrap it Up, Inc.*, 548 F.3d 1348 (11th Cir. 2008)

*Sole v. Wyner*, 551 U.S. 74 (2007)

**Access to Courts / Jurisdiction / Ripeness / Standing / Mootness / Supremacy Clause:**

*Doe v. Hobson*, 300 F.R.D. 576 (M.D. Ala. 2014)

*Doe v. Hobson*, 17 F.Supp.3d 1141 (M.D. Ala. 2014)

*American Federation of State, County, and Mun. Employees (AFSCME) Council 79 v. Scott*, 949 F.Supp.2d 1239 (S.D. Fla. 2013)

*Achord v. Osceola Farms Co.*, 52 So.3d 699 (Fla. 4th DCA 2010)

**Education:**

*Bush v. Holmes*, 919 So.2d 392 (Fla. 2006)

*Bush v. Holmes*, 886 So.2d 340 (Fla. 1st DCA 2004), *aff'd on other grounds*, 919 So.2d 392 (Fla. 2006)

*Bush v. Holmes*, 867 So.2d 1270 (Fla. 1st DCA 2004)

**Housing:**

*Gourlay v. Forest Lake Estates Civic Ass'n of Port Ritchey, Inc.*, 276 F.Supp.2d 1222 (M.D. Fla. 2003), *vacated*, 2003 WL 22149660 (M.D. Fla. Sept. 16, 2003)

**Religious Freedom:**

*Rich v. Secretary, Florida Dept. of Corrections*, 716 F.3d 525 (11th Cir. 2013)

RANDALL C. MARSHALL
Page 13

*Freeman v. Department of Highway Safety and Motor Vehicles*, 924 So.2d 48 (Fla. 5th DCA 2006), *rehearing granted and substituting opinion for* 2005 WL 2108094 (Fla. 5th DCA, September 2, 2005), *review denied*, 940 So.2d 1124 (Fla. 2006) (table)

**Police / Governmental Misconduct**:

*Exile v. Miami-Dade County*, 35 So.3d 118 (Fla. 3rd DCA 2010)

*Department of Transp. v. City of Miami*, 20 So.3d 908 (Fla. 3rd DCA 2009)

*Houston v. Williams*, 547 F.3d 1357 (11th Cir. 2008)

*Tristani v. City of Pittsburgh*, 755 A.2d 52 (Pa. Commonwealth 2000)

*Gonzalez v. Monty*, 89 F.Supp.2d 1347 (S.D. Fla. 2000)

*Mendlow v. Pennsylvania*, 189 F.3d 461 (2d Cir. 1999) (table), text of opinion reported at 1999 WL 710260, 1999 U.S. App. LEXIS 21374 (2d Cir. 1999)

*Nernberg v. City of Pittsburgh*, 50 F.Supp.2d 437 (W.D. Pa.), *aff'd without opinion*, 205 F.3d 1329 (3rd Cir. 1999)

*Commonwealth of Pennsylvania v. Williams*, 729 A.2d 603 (Pa. Super. 1999)

*Thomas v. City of Pittsburgh*, 34 F.Supp.2d 965 (W.D. Pa. 1999)

*Williams v. City of Pittsburgh*, 32 F.Supp.2d 236 (W.D. Pa.1998)

*Trautman v. Lagalski*, 28 F.Supp.2d 327 (W.D. Pa. 1998)

*Kelly v. Conn*, 146 P.L.J. 380 (Allegheny County Court of Common Pleas 1998)

*Commonwealth of Pennsylvania v. Good*, 146 P.L.J. 286 (Allegheny County Court of Common Pleas 1997)

**Employment**:

*Hopp v. City of Pittsburgh*, 194 F.3d 434 (3rd Cir. 1999)

*Epps v. City of Pittsburgh*, 33 F.Supp.2d 409 (W.D. Pa. 1998)

*Brown v. Winkle*, 715 F.Supp. 195 (N.D. Ohio 1989)

RANDALL C. MARSHALL
Page 14

**Farmworker**:

*Romero-Vargas v. Shalala*, 907 F.Supp. 1128 (N.D. Ohio 1995)

*Sanchez v. Overmyer,* 891 F.Supp. 1253 (N.D. Ohio 1995); 845 F.Supp. 1178 (N.D. Ohio 1993); 845 F.Supp. 1183 (N.D. Ohio 1993)

*Flores v. Rios*, 36 F.3d 507 (6th Cir. 1994)

*Cruz v. Vel-A-Da, Inc.,* 127 Lab. Cas. (CCH) ¶33,072, ¶33,073, ¶33,074 (N.D. Ohio 1993)

*In re Reyes*, 814 F.2d 168 (5th Cir. 1987), *cert. denied*, 487 U.S. 1235 (1988)

*Diaz v. Robert Ruiz, Inc.*, 808 F.2d 427 (5th Cir. 1987)

## CERTIFICATE OF SERVICE

I hereby certify that arrangements have been made to, on this date, deliver a true and correct copy of the foregoing by hand delivery to the following at the below addresses:

David Cofield, Sheriff
Randolph County Sheriffs' Office
1 N Main Street
Wedowee, AL  36278

Hon. Jill Puckett, Magistrate
Randolph County District Court
1 N Main Street
Wedowee, AL  36278

Christopher May, Circuit Clerk
Randolph County Circuit Court
1 N Main Street
Wedowee, AL  36278

Hon. Clay Tinney, Judge
Randolph County District Court
1 N Main Street
Wedowee, AL  36278

Formal proof of service will be filed with the Court when completed.

I further certify that arrangements have been made to, on this date, deliver a true and correct courtesy copy of the foregoing by hand delivery and by electronic mail to the following:

James W. "Jim" Davis, Section Chief
Constitutional Defense Section
Office of the Attorney General
501 Washington Avenue
Montgomery, AL  36104
E: jimdavis@ago.state.al.us

Jamie H. Kidd
J. Randall McNeill
WEBB & ELEY, P.C.
P.O. Box 240909
Montgomery, AL  36124
E: jkidd@webbeley.com
E: rmcneill@webbeley.com

John Alvin Tinney
Randolph County Attorney
P.O. Box 1430
Roanoke, AL  36274-9121
E: johntinneyattorney@gmail.com

on this May 18, 2017.

_____
Samuel Brooke