IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KANDACE KAY EDWARDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:17-CV-321-WKW |
| ) | |
| DAVID COFIELD, in his official ) | |
| capacity as Randolph County Sheriff, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

In view of the court's recent resolution of Defendants' motions to dismiss (Docs. # 30, 46), which decided that Plaintiff's claims are not moot, it is ORDERED that, on or before **July 28, 2017**, Defendants shall file a supplemental brief explaining whether their positions have changed as to Plaintiff's motion for a preliminary injunction. Plaintiff may file a reply brief on or before **August 4, 2017**.

DONE this 14th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE