IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KANDACE KAY EDWARDS, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID COFIELD, in his official capacity as Randolph County Sheriff, CHRISTOPHER MAY, in his official capacity as Circuit Clerk, JILL PUCKETT, in her official capacity as Magistrate of the Randolph County District Court, and AMY NEWSOME, in her official capacity as the District Court Judge of the Randolph County District Court, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants. ) | CASE NO. 3:17-CV-321-WKW |

## **FINAL JUDGMENT**

In accordance with the prior proceedings and the Memorandum Opinion and Order entered this date, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58.

DONE this 14th day of February, 2025.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE